**EXHIBIT F**

**UNITED STATES PATENT NO. 10,142,791**
**CLAIM CHART FOR INFRINGEMENT OF CLAIM 1**

*Infringement analysis provided for any preamble should not be construed as an admission that such preamble is limiting.*

| US10142791 | LEXUS Vehicles (The accused instrumentality) |
|---|---|
| [1.1] A mobile device, comprising:<br><br>a plurality of sensors and a plurality of sensor groups, wherein each of the sensor groups is assigned at least one of the sensors, and wherein the sensor groups are arranged according to a hierarchy; and | To the extent the preamble is limiting, Defendant uses, sells and offers for sale used Lexus vehicles that include or comprise a mobile device, comprising a plurality of sensors and a plurality of sensor groups, wherein each of the sensor groups is assigned at least one of the sensors, and wherein the sensor groups are arranged according to a hierarchy.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant provides 2025 Lexus GX 550 Premium[1] ("mobile device"). 2025 Lexus GX 550 Premium comprises sensors including but not limited to camera, radar sensor, steering sensor, braking sensor, and speed sensor ("plurality of sensors") such that each sensor forms a part of separate sensor group for different functioning ("plurality of sensor groups"). As an example, the steering sensor, braking sensor and speed sensor are assigned to Group 1. The camera and radar are assigned to Group 2. 2025 Lexus GX 550 Premium provides Lexus Safety System+ 3.0 (or LSS+ 2.5, and LSS+ 2.0) (depending upon the variant of the vehicle) that comprises features including but not limited Pre-Collision System with Pedestrian Detection, Dynamic Radar Cruise Control, Lane Departure Alert with Steering Assist, and Lane Tracing Assist. |

---

[1] While 2025 Lexus GX 550 Premium has been used as an exemplary infringing product, vehicles including but not limited to 2024 Lexus ES 350, 2024 Lexus RX 350, 2024 Lexus GX 550 Overtrail, 2024 Lexus GX 550 Luxury, 2023 Lexus IS 500F Sport Performance, 2023 Lexus GX 460 Luxury, 2023 Lexus IS 350F Sport, 2023 Lexus NX 350H Premium, 2023 Lexus GX 460, 2022 Lexus NX, 2021 Lexus GX 460, 2021 Lexus UX 250H Base, 2019 Lexus NX 300 Base, 2018 Lexus RC 350, 2018 Lexus NX 300F Sport, 2018 Lexus RX 350F Sport, as well as variants (be it form factor or engine options) and versions of these products have same functionality. Named features for Lexus vehicles operate the same for all vehicle models that have the same features and thus the evidence below may be from different models but are equally applicable to the exemplary product and all accused products. The presently charted exemplary infringing product is representative for purposes of illustrating infringement of the other vehicles.

| US10142791 | LEXUS Vehicles (The accused instrumentality) |
|---|---|
|  | The below information primarily refers to Lexus Safety System+ 3.0 and is applicable to 2025 Lexus GX 550 Premium.<br><br>For example, 2025 Lexus GX 550 Premium performs the following steps to control movement of the vehicle.<br><br>1. The steering sensor, braking sensor and speed sensor are activated first to measure and control at least the moving vehicle's speed, braking and steering.<br>2. Once the vehicle is moving, the camera and radar are activated to monitor the objects (including but not limited to vehicles, roads, trees) surrounding to 2025 Lexus GX 550 Premium.<br>3. If 2025 Lexus GX 550 Premium detects, using the camera and radar, that there are objects/vehicles near the 2025 Lexus GX 550 Premium, the speed sensor increases and/or decreases the speed of the vehicle to avoid collisions.<br>4. Further, the steering sensor steers the vehicle left and/or right to avoid any surrounding objects and to automatically change lanes and/or to keep the vehicle within the lane.<br><br>Therefore, Groups 1 and 2 are arranged according to a hierarchy since Group 1 comprising the steering sensor, braking sensor and speed sensor is activated first and Group 2 comprising the camera and radar is activated second.<br><br>**COVERT ATX**<br>EST. 1909<br><br>PRE–OWNED 2025 LEXUS GX 550 PREMIUM<br>VIN: JTJTBCDX8S5040054    STOCK: PB10569 |

| US10142791 | LEXUS Vehicles (The accused instrumentality) |
|---|---|
| |  Source: https://www.covertchryslerdodgejeepram.com/inventory/used-2025-lexus-gx-550-premium-4wd-4d-sport-utility-jtjtbcdx8s5040054/, last accessed on February 03, 2026  |

GX 550 PREMIUM

In addition to boasting a powerful 349-horsepower[3] twin-turbo V6 engine, the GX delivers superior agility on-road, and its Full-Time 4WD system provides phenomenal capability off-road. Inside, a vibrant 14-inch touchscreen display offers access to Lexus Interface,[4] vehicle information and more. The GX Premium+ takes luxury to even greater heights with added comforts. And standard Lexus Safety System+ 3.0[5] provides greater peace of mind for every drive.

| US10142791 | LEXUS Vehicles (The accused instrumentality) |
|---|---|
| | **PEACE OF MIND, STANDARD.** |

**PEACE OF MIND,**
*STANDARD.*

*Lexus Safety System+ 3.0 is an integrated suite of standard active safety equipment and convenience features.[5]*

**PRE-COLLISION SYSTEM WITH PEDESTRIAN DETECTION**

Pre-Collision System with Pedestrian Detection[36] can alert you to certain potential collisions and may automatically brake.

**FULL-SPEED RANGE DYNAMIC RADAR CRUISE CONTROL**

Dynamic Radar Cruise Control[37] helps maintain a preset distance from the vehicle ahead of you, from highway speeds down to a full stop.

**LANE DEPARTURE ALERT WITH STEERING ASSIST**

Lane Departure Alert with Steering Assist[38] may alert you to inadvertent lane departures and make minor steering corrections to help keep you in your lane.

**LANE TRACING ASSIST**

Lane Tracing Assist[34] helps you center the vehicle within its lane while Dynamic Radar Cruise Control[36] is active.

Source: https://www.lexus.com/content/dam/lexus/documents/brochures/models/2025/MY25-Lexus-GX-Brochure.pdf
Page no: 3, 20 of 26, last accessed on February 03, 2026

Covert Chrysler Dodge Jeep Ram (WDTX (Austin)) also sells Lexus vehicles, such as 2024 Lexus ES 350, 2024 Lexus RX 350, 2024 Lexus GX 550 Overtrail, 2024 Lexus GX 550 Luxury, 2023 Lexus IS 500F Sport Performance, 2023 Lexus GX 460 Luxury, 2023 Lexus IS 350F Sport, 2023 Lexus NX 350H Premium, 2023 Lexus GX 460, 2022 Lexus NX, 2021 Lexus GX 460, 2021 Lexus UX 250H Base, 2019 Lexus NX 300 Base, 2018 Lexus RC 350, 2018 Lexus NX 300F Sport, 2018 Lexus RX 350F Sport and versions of these products have same functionality. These models feature Lexus Safety System+ 3.0 (or LSS+, LSS+ 2.5, and LSS+ 2.0) that comprises features including but not limited Pre-Collision System with Pedestrian Detection, Dynamic Radar Cruise Control, Lane Departure Alert with Steering Assist, and Lane Tracing Assist: -

**PRE-OWNED 2024 LEXUS ES 350**
VIN: 58ADZ1B12RU164248    STOCK: DP1471

| US10142791 | LEXUS Vehicles (The accused instrumentality) |
|---|---|
| |  **DESCRIPTION**<br><br>The 2024 Lexus ES 350 is more than just a luxury sedan – it's a testament to Lexus' commitment to craftsmanship and innovation. With a wealth of advanced safety technologies, including Lexus Safety System+ 2.5, you can drive with confidence, knowing you and your passengers are well-protected.<br><br>Source: https://www.covertchryslerdodgejeepram.com/inventory/used-2024-lexus-es-350-fwd-4d-sedan-58adz1b12ru164248/, last accessed on February 03, 2026<br><br>**PRE-OWNED 2024 LEXUS RX 350**<br>VIN: 2T2BAMBA5RC032220    STOCK: P7745<br><br><br>Source: https://www.covertchryslerdodgejeepram.com/inventory/used-2024-lexus-rx-350-fwd-4d-sport-utility-2t2bamba5rc032220/, last accessed on February 03, 2026 |

| US10142791 | LEXUS Vehicles (The accused instrumentality) |
|---|---|
| | ## SAFETY FEATURES OF THE LEXUS RX 350 <br><br> The Lexus RX 350 is engineered with a comprehensive suite of safety systems designed to minimize risks and assist drivers in a variety of road conditions around Miami, Coral Gables, and Doral. The foundation of this safety architecture is the **Lexus Safety System+ 3.0**, which integrates multiple advanced technologies: <br><br> • **Pre-Collision System with Pedestrian Detection**: Utilizing radar and camera sensors, this system proactively detects vehicles and pedestrians ahead. If a collision risk is detected and the driver takes no corrective action, the system automatically applies brakes to mitigate or avoid impact. <br> • **Full-Speed Range Dynamic Radar Cruise Control**: This adaptive cruise control maintains a safe following distance by automatically adjusting vehicle speed, even down to a complete stop in heavy traffic. <br> • **Lane Departure Alert with Steering Assist**: This feature warns the driver if the vehicle begins to drift from its lane without signaling and gently applies steering corrections to help maintain lane position. <br> • **Lane Tracing Assist**: Working in concert with dynamic radar cruise control, this technology keeps the RX 350 centered within lane markings, even on curves or in stop-and-go traffic. <br><br> Source: https://www.lexusofkendall.com/comprehensive-guide-to-the-lexus-rx-350-safety-features-trim-differences-and-advanced-technologies/, last accessed on February 03, 2026 <br><br> **PRE-OWNED 2024 LEXUS GX 550 OVERTRAIL** <br> VIN: JTJTBCDX4R5008616    STOCK: PB10407A <br><br>  |

| US10142791 | LEXUS Vehicles (The accused instrumentality) |
|---|---|
|  | Source: https://www.covertchryslerdodgejeepram.com/inventory/used-2024-lexus-gx-550-overtrail-4wd-4d-sport-utility-jtjtbcdx4r5008616/, last accessed on February 03, 2026 <br><br> **All-New 2024 Lexus GX 550 Overtrail Review** <br><br> **Safety** <br><br> On the safety front, Lexus Safety System+ 3.0 gives you pre-collision system with pedestrian detection, rear cross-traffic alert, adaptive cruise control, blind spot monitoring, and lane departure alert with steering assist. <br><br> Source: https://www.carpro.com/vehicle-reviews/all-new-2024-lexus-gx-550-overtrail-review, last accessed on February 03, 2026 <br><br> **PRE-OWNED 2024 LEXUS GX 550 LUXURY** <br> VIN: JTJVBCDX3R5008812    STOCK: CT26053A <br><br>  <br><br> Source: https://www.covertchryslerdodgejeepram.com/inventory/used-2024-lexus-gx-550-luxury-4wd-4d-sport-utility-jtjvbcdx3r5008812/, last accessed on February 03, 2026 |

| US10142791 | LEXUS Vehicles (The accused instrumentality) |
|---|---|
| | ## 2024 GX<br>### SAFETY<br><br>Lexus Safety System+ 3.0* includes Pre-Collision System with Pedestrian Detection,* Full-Speed Range Dynamic Radar Cruise Control,* Lane Departure Alert with Steering Assist,* Lane Tracing Assist,* Road Sign Assist,* Automatic High Beams* and Proactive Driving Assist.* This suite of standard advanced safety equipment and convenience features is designed to bring peace of mind to every drive.<br><br>Source: https://www.lexus.com/lcertified/models/GX, last accessed on February 03, 2026<br><br>**PRE-OWNED 2023 LEXUS IS 500 F SPORT PERFORMANCE**<br>VIN: JTHAP1D26P5003787    STOCK: M5050B<br><br><br><br>Source: https://www.covertchryslerdodgejeepram.com/inventory/used-2023-lexus-is-500-f-sport-performance-rwd-4d-sedan-jthap1d26p5003787/, last accessed on February 03, 2026<br><br>2023 IS |

| US10142791 | LEXUS Vehicles (The accused instrumentality) |
|---|---|
| |  |

**IS 300**

— 241-horsepower[1] in-line 4 turbo (RWD)
or 260-horsepower[1] 3.5-liter V6 (AWD)

— All IS models feature Lexus Safety
System+ 2.5[2]

— Road Sign Assist[14]    — All-Speed Dynamic Radar Cruise Control[16]    — Lane Tracing Assist[18]

— Intelligent High Beams[15]    — Pre-Collision System with Pedestrian Detection[17]    — Lane Departure Alert with Steering Assist[19]

Source: https://www.lexus.com/content/dam/lexus/documents/brochures/models/2023/MY23-Lexus-IS-Brochure.pdf
Page no: 3, 15 of 38, last accessed on February 03, 2026

**PRE-OWNED 2023 LEXUS GX 460 LUXURY**
VIN: JTJGM7BX3P5363165    STOCK: R165067A

Source: https://www.covertchryslerdodgejeepram.com/inventory/used-2023-lexus-gx-460-luxury-4wd-4d-sport-utility-jtjgm7bx3p5363165/, last accessed on February 03, 2026

**REVIEW: 2023 Lexus GX 460 Luxury**

| US10142791 | LEXUS Vehicles (The accused instrumentality) |
|---|---|
| | **Safety**<br><br>The GX is equipped with <u>Lexus Safety System+ which includes Pre-Collision System</u> <u>with Pedestrian Detection, Lane Departure Alert,</u> Intelligent HighBeam Headlamps <u>and High-Speed Dynamic Radar Cruise Control.</u> (For reference, Lexus recently introduced the Lexus Safety System+ 3.0 in the 2022 NX and 2023 RX.)<br>Source: https://www.carpro.com/vehicle-reviews/review-2023-lexus-gx-460-luxury, last accessed on February 03, 2026<br><br>**PRE-OWNED 2023 LEXUS IS 350 F SPORT**<br>VIN: JTHGZ1E24P5027475    STOCK: CP1960<br><br><br><br>Source: https://www.covertchryslerdodgejeepram.com/inventory/used-2023-lexus-is-350-f-sport-awd-4d-sedan-jthgz1e24p5027475/, last accessed on February 03, 2026<br><br>2023 IS |

| US10142791 | LEXUS Vehicles (The accused instrumentality) |
|---|---|
| |  |

### IS 300

— 241-horsepower[1] in-line 4 turbo (RWD)
or 260-horsepower[1] 3.5-liter V6 (AWD)

— All IS models feature Lexus Safety
System+ 2.5[2]

— Road Sign Assist[14]
— Intelligent High Beams[15]
— All-Speed Dynamic Radar Cruise Control[16]
— Pre-Collision System with Pedestrian Detection[17]
— Lane Tracing Assist[18]
— Lane Departure Alert with Steering Assist[19]

Source: https://www.lexus.com/content/dam/lexus/documents/brochures/models/2023/MY23-Lexus-IS-Brochure.pdf
Page no: 3, 15 of 38, last accessed on February 03, 2026

### PRE-OWNED 2023 LEXUS NX 350H PREMIUM
VIN: 2T2GKCEZ9PC015772    STOCK: CP2002

### DESCRIPTION

Safety and convenience are paramount, with features like Automatic Emergency Braking, Lane Tracing Assist, and a Panoramic View Monitor ensuring you and your passengers arrive at your destination with confidence and ease. The Lexus NX 350h Premium also boasts a wealth of advanced connectivity options, including Wireless Apple CarPlay, Wireless Android Auto, and the Drive Connect Cloud Navigation system.

Source: https://www.covertchryslerdodgejeepram.com/inventory/used-2023-lexus-nx-350h-premium-awd-4d-sport-utility-2t2gkcez9pc015772/, last accessed on February 03, 2026

2023 NX

| US10142791 | LEXUS Vehicles (The accused instrumentality) |
|---|---|
| |  |

Lexus Safety System+ 3.0[21] features an integrated suite of class-leading standard active safety equipment.[22] With technologies that can automatically react to the world around you, it's our most advanced standard safety suite ever.

— Pre-Collision System with Pedestrian Detection[13] and Intersection Support[14]
— Intelligent High Beams[15]
— All-Speed Dynamic Radar Cruise Control[16] with Curve Speed Management[17]
— Lane Tracing Assist[18]
— Lane Departure Alert with Steering Assist[19]
— Road Sign Assist[20]

Source: https://www.lexus.com/content/dam/lexus/documents/brochures/models/2023/MY23-Lexus-NX-NXh-Brochure.pdf, Page no: 11 of 33, last accessed on February 03, 2026

PRE-OWNED 2023 LEXUS GX 460
VIN: JTJAM7BX8P5363300    STOCK: J21934B

Source: https://www.covertchryslerdodgejeepram.com/inventory/used-2023-lexus-gx-460-4wd-4d-sport-utility-jtjam7bx8p5363300/, last accessed on February 03, 2026

2023 GX
SAFETY

Lexus Safety System+,* includes Pre-Collision System with Pedestrian Detection,* Lane Departure Alert,* Full-Speed Range Dynamic Radar Cruise Control* and Automatic High Beams.*

Source: https://www.lexus.com/lcertified/models/GX, last accessed on February 03, 2026

PRE-OWNED 2022 LEXUS NX
VIN: JTJKGCEZ1N5002764    STOCK: W206749A

| US10142791 | LEXUS Vehicles (The accused instrumentality) |
|---|---|
| |  |

| US10142791 | LEXUS Vehicles (The accused instrumentality) |
|---|---|
| | <br><br>Source: https://www.covertchryslerdodgejeepram.com/inventory/used-2021-lexus-gx-460-4wd-4d-sport-utility-jtjbm7bx9m5275422/, last accessed on February 03, 2026<br><br>## 2021 LEXUS GX<br>**Lexus Safety**<br>The Lexus GX 460 is equipped to handle today's modern family and is designed to help them arrive in style, comfort, and safety wherever their adventures lead.<br><br>Bolstering this mission is the addition of the Lexus Safety System+ suite of technologies that is standard on the entire 2021 Lexus vehicle lineup. Lexus Safety System+ includes Pre-Collision System with Pedestrian Detection, Lane Departure Alert, Intelligent High Beams and High-Speed Dynamic Radar Cruise Control.<br><br>Source: https://pressroom.lexus.com/2021-lexus-gx-press-kit-update/, last accessed on February 03, 2026<br><br>**PRE-OWNED 2021 LEXUS UX 250H BASE**<br>VIN: JTHX9JBH7M2052795    STOCK: CP1990 |

| US10142791 | LEXUS Vehicles (The accused instrumentality) |
|---|---|
| |  Source: https://www.covertchryslerdodgejeepram.com/inventory/used-2021-lexus-ux-250h-base-awd-4d-sport-utility-jthx9jbh7m2052795/, last accessed on February 03, 2026 <br><br> **PEACE OF MIND,** *STANDARD* <br><br> In addition to being awarded a prestigious 5-Star Overall Safety Rating from NHTSA,[32] the 2021 UX also features Lexus Safety System+ 2.0, an integrated suite of class-leading standard active safety equipment.[10,18] <br><br> **PRE-COLLISION SYSTEM WITH PEDESTRIAN DETECTION** <br> By enhancing the radar and camera capabilities, it's possible for the system[11] to help detect not only the vehicle ahead, but also a preceding bicyclist in daytime and even a preceding pedestrian in daytime and low-light conditions. Should it detect a potential frontal collision, it can help automatically brake the vehicle to a stop. <br><br> **LANE TRACING ASSIST** <br> When All-Speed Dynamic Radar Cruise Control[33] is enabled, this hands-on system[34] monitors visible lane markings or the path of the preceding vehicle to help the driver keep their vehicle centered in the lane by providing steering assistance. Designed for added convenience and to help reduce driver strain, the system can even be used in traffic and on highways with gradual curves. <br><br> **LANE DEPARTURE ALERT WITH STEERING ASSIST** <br> This system[35] utilizes a camera to monitor visible lane markings. If an inadvertent lane departure is detected at speeds above 32 mph, the system is designed to warn you so that you can steer back into the lane, and can even take slight corrective measures to help keep you within your visibly marked lane. |

| US10142791 | LEXUS Vehicles (The accused instrumentality) |
|---|---|
| | Source: https://www.lexus.com/content/dam/lexus/documents/brochures/models/2021/MY21-Lexus-UX-Brochure.pdf, Page no: 14 of 26, last accessed on February 03, 2026 <br><br> **PRE-OWNED 2019 LEXUS NX 300 BASE** <br> VIN: JTJYARBZ6K2155768    STOCK: 251544A <br><br>  <br><br> **DESCRIPTION** <br> Lexus remains a world leader in safety, and the 2019 NX comes standard with the Lexus Safety System+. This comprehensive suite acts as a vigilant co-pilot, featuring All-Speed Dynamic Radar Cruise Control, Lane Departure Alert with Steering Assist, and a Pre-Collision System with Pedestrian Detection. This specific NX further enhances your awareness with the Blind Spot Monitor with Rear Cross-Traffic Alert and Intuitive Parking Assist, making everything from highway merges to tight parking spots near the Colorado River completely stress-free. <br><br> Source: https://www.covertchryslerdodgejeepram.com/inventory/used-2019-lexus-nx-300-base-fwd-4d-sport-utility-jtjyarbz6k2155768/, last accessed on February 03, 2026 <br><br> **PRE-OWNED 2018 LEXUS RC 350** <br> VIN: JTHHZ5BC7J5019158    STOCK: P7797B |

| US10142791 | LEXUS Vehicles (The accused instrumentality) |
|---|---|
| |  Source: https://www.covertchryslerdodgejeepram.com/inventory/used-2018-lexus-rc-350-rwd-2d-coupe-jthhz5bc7j5019158/, last accessed on February 03, 2026 |

| US10142791 | LEXUS Vehicles (The accused instrumentality) |
|---|---|
| | **PRE-COLLISION SYSTEM WITH PEDESTRIAN DETECTION**<br><br>This system[22] is engineered to detect a vehicle or a pedestrian[23] in the path of your Lexus under certain conditions. Should it determine a frontal collision is imminent, it's designed to automatically prepare Brake Assist[24] for increased brake force and, in some cases, can even automatically brake the vehicle to a stop. **LANE DEPARTURE ALERT WITH STEERING ASSIST**<br><br>This system[25] utilizes a camera to monitor visible lane markings. If an inadvertent lane departure, or potential departure due to swaying, is detected at speeds above 32 mph, the system is designed to warn you so that you can steer back into the lane, and can even take corrective measures to help keep you within your visibly marked lane. **HIGH-SPEED DYNAMIC RADAR CRUISE CONTROL**<br><br>This system[26] uses radar and camera technology to help you maintain a preset speed and following distance from the vehicle ahead. If you get closer than the preset distance, the throttle is automatically reduced and the brakes may be applied. As soon as the road ahead clears, your Lexus returns to its preset speed.<br><br>Source: https://www.lexus.com/content/dam/lexus/documents/brochures/models/2018/MY18-RC-Brochure.pdf Page no: 16 of 23, last accessed on February 03, 2026<br><br>**PRE-OWNED 2018 LEXUS NX 300 F SPORT**<br>VIN: JTJYARBZ9J2089988   STOCK: CG2076<br><br>Source: https://www.covertchryslerdodgejeepram.com/inventory/used-2018-lexus-nx-300-f-sport-fwd-4d-sport-utility-jtjyarbz9j2089988/, last accessed on February 03, 2026<br><br>**2018 Lexus NX 300 F Sport Review and Test Drive** |

| US10142791 | LEXUS Vehicles (The accused instrumentality) |
|---|---|
| | **Standard Safety Features**<br><br>New for 2018, the <u>Lexus Safety System +</u> now comes standard. It gives you <u>Pre-Collision System with Pedestrian Detection</u>, <u>High-Speed Dynamic Radar Cruise Control</u>, Intelligent High Beam (IHB), <u>and Lane Departure Alert with Steering Assist</u>.<br>Source: https://www.carpro.com/vehicle-reviews/2018-lexus-nx-300-f-sport-test-drive, last accessed on February 03, 2026<br><br><br>Source: https://www.covertchryslerdodgejeepram.com/inventory/used-2018-lexus-rx-350-f-sport-fwd-4d-sport-utility-2t2zzmca7jc094034/, last accessed on February 03, 2026 |

| US10142791 | LEXUS Vehicles (The accused instrumentality) |
|---|---|
| | **274**   4-5. Using the driving support systems<br><br>**Lexus Safety System+**<br><br>The Lexus Safety System+ consists of the following drive assist systems and contributes to a safe and comfortable driving experience:<br><br>◆ PCS (Pre-Collision System)<br>  →P. 281<br><br>◆ LKA (Lane-Keeping Assist)<br>  →P. 291<br><br>◆ Automatic High Beam<br>  →P. 256<br><br>◆ Dynamic radar cruise control with full-speed range<br>  →P. 300<br><br>Source: https://manuals.startmycar.com/published/Lexus-RX-350_2018_EN-US_US_fd58cb9680.pdf Page no: 274 of 776, last accessed on February 03, 2026 |

| US10142791 | LEXUS Vehicles (The accused instrumentality) |
|---|---|
| | **LEXUS SAFETY SYSTEM+ ADDRESSES THREE OF THE MOST COMMON ACCIDENT TYPES**<br><br>**FRONTAL COLLISIONS**          **UNINTENDED LANE DEPARTURES**          **NIGHTTIME ACCIDENTS**<br><br>Lexus Safety System+ is designed to support driver awareness, decision-making and vehicle operation over a wide range of speeds under certain conditions. Packaged together in an integrated system, Lexus Safety System+ features help address three key areas of accident protection: **preventing or mitigating frontal collisions**[3], **keeping drivers within their lane**[4] and **enhancing road safety during nighttime driving**[5]. Always drive safely, obey traffic speed limits and laws and focus on the road while driving.<br><br>Lexus Safety System+ is comprised of four systems (with some variations shown as well):<br>1.  Pre-Collision System[3] with Pedestrian Detection[6] \| Left Turn Intersection Support[7]<br>2.  Lane Departure Alert[4]<br>3.  Intelligent High Beams[5]<br>4.  Dynamic Radar Cruise Control[9]<br><br>Lexus Safety System+ 2.0 and 2.5 include two additional features:<br>5.  Road Sign Assist[14]<br>6.  Lane Tracing Assist[15]<br><br>Lexus Safety System+ 3.0 enhancements include:<br>7.  Curve Speed Management added to Dynamic Radar Cruise Control<br>8.  Additional Intersection Support<br><br>Source:  https://www.lexus.com/content/dam/lexus/documents/safety/2023-LSS-Document-Final.pdf Page no: 1 of 13, last accessed on February 03, 2026<br><br>**LEXUS SAFETY SYSTEM+ 3.0 OVERVIEW** |

The Lexus Safety System+ 3.0 is a comprehensive suite of advanced driver-assistance features that comes standard on all new Lexus models. This system utilizes a combination of cameras, sensors, and radar to actively monitor your vehicle's surroundings and provide feedback to you in real time. It works alongside the Lexus Safety Connect subscription-based service to enhance road safety by offering vital information and alerts when needed.

# KEY FEATURES OF THE LEXUS SAFETY SYSTEM+ 3.0

The Lexus Safety System+ 3.0 is the latest iteration of Lexus' safety technology, building upon the previous versions to provide an all-encompassing safety experience. This system includes a range of active and passive safety features that work together to enhance driver awareness and help prevent collisions. We'll take you through some of the key features and their benefits.

# PRE-COLLISION SYSTEM WITH PEDESTRIAN DETECTION

This standard feature uses a combination of millimeter-wave radar sensors and high-resolution cameras to monitor the vehicle's surroundings, including other vehicles, cyclists, and pedestrians. It can alert you with both visual and audible warnings, preparing you to take evasive action if necessary. If a collision is imminent, the system can automatically apply the brakes to reduce the impact or bring the vehicle to a complete stop.

| US10142791 | LEXUS Vehicles (The accused instrumentality) |
|---|---|
| | ## LANE DEPARTURE ALERT WITH STEERING ASSIST<br><br>One of the leading causes of accidents on highways is drivers' unintentional lane drifting. Lane departure alert helps prevent unintentional lane departures by monitoring road markings and providing you with visual and audible alerts if the vehicle starts to drift. If necessary, the system can provide gentle steering input to help keep the vehicle centered in its lane.<br><br>## LANE TRACING ASSIST<br><br>Lexus' Lane Tracing Assist feature combines the capabilities of Dynamic Radar Cruise Control to offer an enhanced driving experience. This system utilizes road markings and other vehicles as reference points to help keep the vehicle centered in its lane at all times, even when navigating curves.<br><br>Thanks to advances in technology, the system can now detect lane markings and road edges with greater accuracy in challenging conditions, such as rain or faded lane markers. This enhancement not only increases safety but also reduces driver fatigue on long journeys.<br><br>## DYNAMIC RADAR CRUISE CONTROL<br><br>Dynamic Radar Cruise Control maintains a preset speed and following distance from the vehicle ahead, automatically adjusting your vehicle's speed to match traffic flow. This feature has been refined to provide a more natural driving experience. It now features a curve speed reduction function, which automatically adjusts the vehicle's speed when approaching a curve, enhancing safety and comfort.<br><br>Source: https://www.lexusstevenscreek.com/blogs/3078/lexus-news/lexus-safety-system-3-0-overview/, last accessed on February 03, 2026 |

| US10142791 | LEXUS Vehicles (The accused instrumentality) |
|---|---|

## 1. PRE-COLLISION SYSTEM with PEDESTRIAN DETECTION

Standard:

**IS | ES | LS | NX | RX | GX | LX | RC & RC F | LC | UX**

With enhanced radar and camera capabilities, this system[3] now features left turn intersection support for pedestrians and vehicles. It can also help detect the vehicle ahead, a preceding bicyclist in daytime, and a preceding pedestrian in daytime and low-light conditions. Should it detect a potential frontal collision, it can help provide steering assistance and can help automatically brake the vehicle to a stop. As there is a limit to the degree of recognition accuracy and control performance that this system can provide, do not overly rely on this system. This system will not prevent collisions or lessen collision damage or injury in every situation. Do not use Pre-Collision System with Pedestrian Detection[6] instead of normal braking operations under any circumstances. Do not attempt to test the operation of the pre-collision system yourself, as the system may not operate or engage, possibly leading to an accident. In some situations, such as when driving in inclement weather (heavy rain, fog, snow, sandstorm, etc.) or while driving on a curve and for a few seconds after driving on a curve, a preceding vehicle/pedestrian may not be detected by the radar and camera sensors, preventing the system from operating properly.

## 2b. LANE DEPARTURE ALERT with STEERING ASSIST

Standard:
**NX | RX | IS | ES | RC | RC F | LS | LX | UX**

This system[7] utilizes a camera to monitor visible lane markings. If an inadvertent lane departure is detected at speeds above 32 mph, the system is designed to warn you so that you can steer back into the lane, and can even take slight corrective measures to help keep you within your visibly marked lane. Lane Tracing Assist requires the driver's hands to remain on the steering wheel. Lexus Safety System+ 2.5 offers improved stability.

In addition to the alert function of Lane Departure Alert, certain vehicles with electronic power steering (EPS) will feature a Steering Assist function. When equipped and enabled, if the system determines that the vehicle is on a path to unintentionally depart from its lane, the system may provide small corrective steering inputs to the steering wheel for a short period of time to help the driver keep the vehicle in its lane.

| US10142791 | LEXUS Vehicles (The accused instrumentality) |
|---|---|
| | ## 4a. HIGH-SPEED DYNAMIC RADAR CRUISE CONTROL<br><br>Standard:<br>**RC F \| GX**<br><br>On highways or expressways, Dynamic Radar Cruise Control[9] functions similar to conventional "constant speed" cruise control in that it helps vehicles travel at a consistent speed set by the driver, but this system adds a vehicle-to-vehicle distance control mode, which assists the driver by adjusting vehicle speed (within a set range) to help maintain a pre-set distance to a preceding vehicle when the preceding vehicle is traveling at a lower speed.<br><br>Once a vehicle speed is set by the driver, Dynamic Radar Cruise Control uses a grille-mounted millimeter-wave radar and an in-vehicle camera to detect a preceding vehicle and help determine its distance. If the vehicle ahead is detected traveling at a speed slower than your set speed or within your distance range setting, the system is designed to automatically decelerate your vehicle without having to cancel the cruise control. When a greater reduction in vehicle speed is necessary, the system may apply the brakes and operate your vehicle brake lights. The system will then respond to changes in the speed of the vehicle ahead in order to help maintain the vehicle-to-vehicle distance set by the driver. When there is no longer a preceding vehicle driving slower than your vehicle's set speed, the system accelerates until the set speed is reached and returns to constant speed cruising. |

| US10142791 | LEXUS Vehicles (The accused instrumentality) |
|---|---|
| | ## 6. LANE TRACING ASSIST<br><br>Standard:<br>**LS** \| **ES** \| **UX** \| **RX** \| **NX** \| **LX** \| **IS**<br><br>When All-Speed Dynamic Radar CruiseControl[9] is enabled, this hands-on system[15] monitors visible lane markings and can now recognize vehicles ahead. To help the driver keep their vehicle centered in the lane, it can provide steering assistance. Designed for added convenience and to help reduce driver strain, the system can even be used in traffic and on highways with gradual curves.<br><br>This system utilizes a camera to monitor visible lane markings. If an inadvertent lane departure is detected at speeds above 32 mph, the system is designed to warn you so that you can steer back into the lane, and can even take slight corrective measures to help keep you within your visibly marked lane. Lane Tracing Assist requires the driver's hands to remain on the steering wheel. Lexus Safety System+ 2.5 offers improved stability.<br><br>Refer to a Lexus *Owner's Manual* for additional information on Lane Tracing Assist operation, limitations and precautions.<br><br>Source: https://www.lexus.com/content/dam/lexus/documents/safety/2023-LSS-Document-Final.pdf Page no: 1, 3, 4, 6, 7 of 13, last accessed on February 03, 2026<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.2] a plurality of classifiers, wherein each classifier is assigned to a sensor group, and wherein each classifier is | Defendant provides a plurality of classifiers, wherein each classifier is assigned to a sensor group, and wherein each classifier is configured to evaluate one or more contexts of the mobile device based on signals from one or more sensors assigned to the same sensor group as the classifier.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

| US10142791 | LEXUS Vehicles (The accused instrumentality) |
|---|---|
| configured to evaluate one or more contexts of the mobile device based on signals from one or more sensors assigned to the same sensor group as the classifier; | For example, 2025 Lexus GX 550 Premium comprises software modules ("plurality of classifiers") as a part of the operating system executing in 2025 Lexus GX 550 Premium that control the camera sensor, radar sensor, steering sensor, braking sensor, and speed sensor. Group 1 is assigned software module (say module 1) that controls sensors, including but not limited to, steering sensor, braking sensor and speed sensor and Group 2 is assigned module (say module 2) that controls the camera and radar.<br><br>Further, the software module for each group monitors the environment to capture and process images and control the vehicle. The classifier for Group 2 (that is assigned to the camera and radar) determines the position of the vehicle with respect to the surrounding vehicles ("context") by determining at least a distance from the surrounding vehicles. The classifier for Group 1 (that is assigned to the steering, braking and speed sensors) helps in controlling the vehicle by steering the vehicle, applying brakes, and controlling the speed of the vehicle (that depict the position of the vehicle relative to the surrounding environment such as the road and the surrounding vehicles) ("context"). The below information primarily refers to Lexus Safety System+ 3.0 and is applicable to 2025 Lexus GX 550 Premium. |

| US10142791 | LEXUS Vehicles (The accused instrumentality) |
|---|---|
| | ## LEXUS SAFETY SYSTEM+ ADDRESSES THREE OF THE MOST COMMON ACCIDENT TYPES <br><br>  <br><br> **FRONTAL COLLISIONS**  **UNINTENDED LANE DEPARTURES**  **NIGHTTIME ACCIDENTS** <br><br> Lexus Safety System+ is designed to support driver awareness, decision-making and vehicle operation over a wide range of speeds under certain conditions. Packaged together in an integrated system, Lexus Safety System+ features help address three key areas of accident protection: **preventing or mitigating frontal collisions**[3], **keeping drivers within their lane**[4] and **enhancing road safety during nighttime driving**[5]. Always drive safely, obey traffic speed limits and laws and focus on the road while driving. <br><br> Lexus Safety System+ is comprised of four systems (with some variations shown as well): <br> 1.  Pre-Collision System[3] with Pedestrian Detection[6] \| Left Turn Intersection Support* <br> 2.  Lane Departure Alert[4] <br> 3.  Intelligent High Beams[5] <br> 4.  Dynamic Radar Cruise Control[9] <br><br> Lexus Safety System+ 2.0 and 2.5 include two additional features: <br> 5.  Road Sign Assist[14†] <br> 6.  Lane Tracing Assist[15†] <br><br> Lexus Safety System+ 3.0 enhancements include: <br> 7.  Curve Speed Management added to Dynamic Radar Cruise Control <br> 8.  Additional Intersection Support <br><br> Source: https://www.lexus.com/content/dam/lexus/documents/safety/2023-LSS-Document-Final.pdf Page no: 1 of 13, last accessed on February 03, 2026 <br><br> ## LEXUS SAFETY SYSTEM+ 3.0 OVERVIEW |

The Lexus Safety System+ 3.0 is a comprehensive suite of advanced driver-assistance features that comes standard on all new Lexus models. This system utilizes a combination of cameras, sensors, and radar to actively monitor your vehicle's surroundings and provide feedback to you in real time. It works alongside the Lexus Safety Connect subscription-based service to enhance road safety by offering vital information and alerts when needed.

# KEY FEATURES OF THE LEXUS SAFETY SYSTEM+ 3.0

The Lexus Safety System+ 3.0 is the latest iteration of Lexus' safety technology, building upon the previous versions to provide an all-encompassing safety experience. This system includes a range of active and passive safety features that work together to enhance driver awareness and help prevent collisions. We'll take you through some of the key features and their benefits.

# PRE-COLLISION SYSTEM WITH PEDESTRIAN DETECTION

This standard feature uses a combination of millimeter-wave radar sensors and high-resolution cameras to monitor the vehicle's surroundings, including other vehicles, cyclists, and pedestrians. It can alert you with both visual and audible warnings, preparing you to take evasive action if necessary. If a collision is imminent, the system can automatically apply the brakes to reduce the impact or bring the vehicle to a complete stop.

| US10142791 | LEXUS Vehicles (The accused instrumentality) |
|---|---|
| | ## LANE DEPARTURE ALERT WITH STEERING ASSIST<br><br>One of the leading causes of accidents on highways is drivers' unintentional lane drifting. Lane departure alert helps prevent unintentional lane departures by monitoring road markings and providing you with visual and audible alerts if the vehicle starts to drift. If necessary, the system can provide gentle steering input to help keep the vehicle centered in its lane.<br><br>## LANE TRACING ASSIST<br><br>Lexus' Lane Tracing Assist feature combines the capabilities of Dynamic Radar Cruise Control to offer an enhanced driving experience. This system utilizes road markings and other vehicles as reference points to help keep the vehicle centered in its lane at all times, even when navigating curves.<br><br>Thanks to advances in technology, the system can now detect lane markings and road edges with greater accuracy in challenging conditions, such as rain or faded lane markers. This enhancement not only increases safety but also reduces driver fatigue on long journeys.<br><br>## DYNAMIC RADAR CRUISE CONTROL<br><br>Dynamic Radar Cruise Control maintains a preset speed and following distance from the vehicle ahead, automatically adjusting your vehicle's speed to match traffic flow. This feature has been refined to provide a more natural driving experience. It now features a curve speed reduction function, which automatically adjusts the vehicle's speed when approaching a curve, enhancing safety and comfort.<br><br>Source: https://www.lexusstevenscreek.com/blogs/3078/lexus-news/lexus-safety-system-3-0-overview/, last accessed on February 03, 2026 |

| US10142791 | LEXUS Vehicles (The accused instrumentality) |
|---|---|
| | |

## 1. PRE-COLLISION SYSTEM with PEDESTRIAN DETECTION

Standard:

**IS | ES | LS | NX | RX | GX | LX | RC & RC F | LC | UX**

With enhanced radar and camera capabilities, this system[3] now features left turn intersection support for pedestrians and vehicles. It can also help detect the vehicle ahead, a preceding bicyclist in daytime, and a preceding pedestrian in daytime and low-light conditions. Should it detect a potential frontal collision, it can help provide steering assistance and can help automatically brake the vehicle to a stop. As there is a limit to the degree of recognition accuracy and control performance that this system can provide, do not overly rely on this system. This system will not prevent collisions or lessen collision damage or injury in every situation. Do not use Pre-Collision System with Pedestrian Detection[6] instead of normal braking operations under any circumstances. Do not attempt to test the operation of the pre-collision system yourself, as the system may not operate or engage, possibly leading to an accident. In some situations, such as when driving in inclement weather (heavy rain, fog, snow, sandstorm, etc.) or while driving on a curve and for a few seconds after driving on a curve, a preceding vehicle/pedestrian may not be detected by the radar and camera sensors, preventing the system from operating properly.

## 2b. LANE DEPARTURE ALERT with STEERING ASSIST

Standard:
**NX | RX | IS | ES | RC | RC F | LS | LX | UX**

This system[7] utilizes a camera to monitor visible lane markings. If an inadvertent lane departure is detected at speeds above 32 mph, the system is designed to warn you so that you can steer back into the lane, and can even take slight corrective measures to help keep you within your visibly marked lane. Lane Tracing Assist requires the driver's hands to remain on the steering wheel. Lexus Safety System+ 2.5 offers improved stability.

In addition to the alert function of Lane Departure Alert, certain vehicles with electronic power steering (EPS) will feature a Steering Assist function. When equipped and enabled, if the system determines that the vehicle is on a path to unintentionally depart from its lane, the system may provide small corrective steering inputs to the steering wheel for a short period of time to help the driver keep the vehicle in its lane.

| US10142791 | LEXUS Vehicles (The accused instrumentality) |
|---|---|
| |  4a. **HIGH-SPEED DYNAMIC RADAR CRUISE CONTROL** Standard: **RC F \| GX** On highways or expressways, Dynamic Radar Cruise Control[9] functions similar to conventional "constant speed" cruise control in that it helps vehicles travel at a consistent speed set by the driver, but this system adds a vehicle-to-vehicle distance control mode, which assists the driver by adjusting vehicle speed (within a set range) to help maintain a pre-set distance to a preceding vehicle when the preceding vehicle is traveling at a lower speed. Once a vehicle speed is set by the driver, Dynamic Radar Cruise Control uses a grille-mounted millimeter-wave radar and an in-vehicle camera to detect a preceding vehicle and help determine its distance. If the vehicle ahead is detected traveling at a speed slower than your set speed or within your distance range setting, the system is designed to automatically decelerate your vehicle without having to cancel the cruise control. When a greater reduction in vehicle speed is necessary, the system may apply the brakes and operate your vehicle brake lights. The system will then respond to changes in the speed of the vehicle ahead in order to help maintain the vehicle-to-vehicle distance set by the driver. When there is no longer a preceding vehicle driving slower than your vehicle's set speed, the system accelerates until the set speed is reached and returns to constant speed cruising. |

| US10142791 | LEXUS Vehicles (The accused instrumentality) |
|---|---|
| | ## 6. LANE TRACING ASSIST<br><br>Standard:<br>**LS** \| **ES** \| **UX** \| **RX** \| **NX** \| **LX** \| **IS**<br><br>When All-Speed Dynamic Radar CruiseControl[9] is enabled, this hands-on system[15] monitors visible lane markings and can now recognize vehicles ahead. To help the driver keep their vehicle centered in the lane, it can provide steering assistance. Designed for added convenience and to help reduce driver strain, the system can even be used in traffic and on highways with gradual curves.<br><br>This system utilizes a camera to monitor visible lane markings. If an inadvertent lane departure is detected at speeds above 32 mph, the system is designed to warn you so that you can steer back into the lane, and can even take slight corrective measures to help keep you within your visibly marked lane. Lane Tracing Assist requires the driver's hands to remain on the steering wheel. Lexus Safety System+ 2.5 offers improved stability.<br><br>*Refer to a Lexus Owner's Manual for additional information on Lane Tracing Assist operation, limitations and precautions.*<br><br>Source: https://www.lexus.com/content/dam/lexus/documents/safety/2023-LSS-Document-Final.pdf Page no: 1, 3, 4, 6, 7 of 13, last accessed on February 03, 2026<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.3] wherein the mobile device is configured to:<br><br>activate a classification by a classifier assigned | Defendant provides a mobile device configured to activate a classification by a classifier assigned to a first sensor group to evaluate a first context of the mobile device, wherein the first sensor group is at a lowest level in the hierarchy.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, 2025 Lexus GX 550 Premium comprises a context detection module as a combination of hardware (including but not limited to sensors and processors) and software modules that is configured to perform actions, |

| US10142791 | LEXUS Vehicles (The accused instrumentality) |
|---|---|
| to a first sensor group to evaluate a first context of the mobile device, wherein the first sensor group is at a lowest level in the hierarchy; | including but not limited to, change of lane, applying brakes, and increasing and decreasing the speed of the vehicle upon detection of objects in the vehicle's path.<br><br>Further, the context detection module activates a classification (such as execution of the software module) by the software module 1 ("classifier") assigned to Group 1 ("first sensor group") (that is assigned to the steering, braking and speed sensors) to enable steering, control speed, and braking of the vehicle (when, for example, the vehicle is started) and hence govern the position of the vehicle relative to the surrounding environment such as the road and the surrounding vehicles ("evaluate a first context of the mobile device").  It is apparent for a person skilled in the art that in order to detect the objects surrounding a moving vehicle, the steering, braking and speed sensors will be activated first so that the vehicle is in a moving state and to allow monitoring of vehicle's speed, braking and steering. Next, the camera and radar are activated such that the movement of the vehicle is controlled based on the information (regarding any surrounding objects) received from the camera and radar. The below information primarily refers to Lexus Safety System+ 3.0 and is applicable to 2025 Lexus GX 550 Premium. |

| US10142791 | LEXUS Vehicles (The accused instrumentality) |
|---|---|
| | 

## LEXUS SAFETY SYSTEM+ ADDRESSES
## THREE OF THE MOST COMMON ACCIDENT TYPES

**FRONTAL COLLISIONS**  **UNINTENDED LANE DEPARTURES**  **NIGHTTIME ACCIDENTS**

Lexus Safety System+ is designed to support driver awareness, decision-making and vehicle operation over a wide range of speeds under certain conditions. Packaged together in an integrated system, Lexus Safety System+ features help address three key areas of accident protection: **preventing or mitigating frontal collisions**[3], **keeping drivers within their lane**[4] and **enhancing road safety during nighttime driving**[5]. Always drive safely, obey traffic speed limits and laws and focus on the road while driving.

Lexus Safety System+ is comprised of four systems (with some variations shown as well):
1. Pre-Collision System[3] with Pedestrian Detection[6] | Left Turn Intersection Support[']
2. Lane Departure Alert[4]
3. Intelligent High Beams[5]
4. Dynamic Radar Cruise Control[9]

Lexus Safety System+ 2.0 and 2.5 include two additional features:
5. Road Sign Assist[14']
6. Lane Tracing Assist[15']

Lexus Safety System+ 3.0 enhancements include:
7. Curve Speed Management added to Dynamic Radar Cruise Control
8. Additional Intersection Support

Source: https://www.lexus.com/content/dam/lexus/documents/safety/2023-LSS-Document-Final.pdf Page no: 1 of 13, last accessed on February 03, 2026

## LEXUS SAFETY SYSTEM+ 3.0 OVERVIEW |

The Lexus Safety System+ 3.0 is a comprehensive suite of advanced driver-assistance features that comes standard on all new Lexus models. This system utilizes a combination of cameras, sensors, and radar to actively monitor your vehicle's surroundings and provide feedback to you in real time. It works alongside the Lexus Safety Connect subscription-based service to enhance road safety by offering vital information and alerts when needed.

# KEY FEATURES OF THE LEXUS SAFETY SYSTEM+ 3.0

The Lexus Safety System+ 3.0 is the latest iteration of Lexus' safety technology, building upon the previous versions to provide an all-encompassing safety experience. This system includes a range of active and passive safety features that work together to enhance driver awareness and help prevent collisions. We'll take you through some of the key features and their benefits.

# PRE-COLLISION SYSTEM WITH PEDESTRIAN DETECTION

This standard feature uses a combination of millimeter-wave radar sensors and high-resolution cameras to monitor the vehicle's surroundings, including other vehicles, cyclists, and pedestrians. It can alert you with both visual and audible warnings, preparing you to take evasive action if necessary. If a collision is imminent, the system can automatically apply the brakes to reduce the impact or bring the vehicle to a complete stop.

| US10142791 | LEXUS Vehicles (The accused instrumentality) |
|---|---|
| | ## LANE DEPARTURE ALERT WITH STEERING ASSIST <br><br> One of the leading causes of accidents on highways is drivers' unintentional lane drifting. Lane departure alert helps prevent unintentional lane departures by monitoring road markings and providing you with visual and audible alerts if the vehicle starts to drift. If necessary, the system can provide gentle steering input to help keep the vehicle centered in its lane. <br><br> ## LANE TRACING ASSIST <br><br> Lexus' Lane Tracing Assist feature combines the capabilities of Dynamic Radar Cruise Control to offer an enhanced driving experience. This system utilizes road markings and other vehicles as reference points to help keep the vehicle centered in its lane at all times, even when navigating curves. <br><br> Thanks to advances in technology, the system can now detect lane markings and road edges with greater accuracy in challenging conditions, such as rain or faded lane markers. This enhancement not only increases safety but also reduces driver fatigue on long journeys. <br><br> ## DYNAMIC RADAR CRUISE CONTROL <br><br> Dynamic Radar Cruise Control maintains a preset speed and following distance from the vehicle ahead, automatically adjusting your vehicle's speed to match traffic flow. This feature has been refined to provide a more natural driving experience. It now features a curve speed reduction function, which automatically adjusts the vehicle's speed when approaching a curve, enhancing safety and comfort. <br><br> Source: https://www.lexusstevenscreek.com/blogs/3078/lexus-news/lexus-safety-system-3-0-overview/, last accessed on February 03, 2026 |

| US10142791 | LEXUS Vehicles (The accused instrumentality) |
|---|---|

# 1. PRE-COLLISION SYSTEM with PEDESTRIAN DETECTION

Standard:

**IS | ES | LS | NX | RX | GX | LX | RC & RC F | LC | UX**

With enhanced radar and camera capabilities, this system[3] now features left turn intersection support for pedestrians and vehicles. It can also help detect the vehicle ahead, a preceding bicyclist in daytime, and a preceding pedestrian in daytime and low-light conditions. Should it detect a potential frontal collision, it can help provide steering assistance and can help automatically brake the vehicle to a stop. As there is a limit to the degree of recognition accuracy and control performance that this system can provide, do not overly rely on this system. This system will not prevent collisions or lessen collision damage or injury in every situation. Do not use Pre-Collision System with Pedestrian Detection[6] instead of normal braking operations under any circumstances. Do not attempt to test the operation of the pre-collision system yourself, as the system may not operate or engage, possibly leading to an accident. In some situations, such as when driving in inclement weather (heavy rain, fog, snow, sandstorm, etc.) or while driving on a curve and for a few seconds after driving on a curve, a preceding vehicle/pedestrian may not be detected by the radar and camera sensors, preventing the system from operating properly.

# 2b. LANE DEPARTURE ALERT with STEERING ASSIST

Standard:
**NX | RX | IS | ES | RC | RC F | LS | LX | UX**

This system[7] utilizes a camera to monitor visible lane markings. If an inadvertent lane departure is detected at speeds above 32 mph, the system is designed to warn you so that you can steer back into the lane, and can even take slight corrective measures to help keep you within your visibly marked lane. Lane Tracing Assist requires the driver's hands to remain on the steering wheel. Lexus Safety System+ 2.5 offers improved stability.

In addition to the alert function of Lane Departure Alert, certain vehicles with electronic power steering (EPS) will feature a Steering Assist function. When equipped and enabled, if the system determines that the vehicle is on a path to unintentionally depart from its lane, the system may provide small corrective steering inputs to the steering wheel for a short period of time to help the driver keep the vehicle in its lane.

| US10142791 | **LEXUS Vehicles (The accused instrumentality)** |
|---|---|
| | ## 4a. HIGH-SPEED DYNAMIC RADAR CRUISE CONTROL<br><br>Standard:<br>**RC F | GX**<br><br>On highways or expressways, Dynamic Radar Cruise Control[9] functions similar to conventional "constant speed" cruise control in that it helps vehicles travel at a consistent speed set by the driver, but this system adds a vehicle-to-vehicle distance control mode, which assists the driver by adjusting vehicle speed (within a set range) to help maintain a pre-set distance to a preceding vehicle when the preceding vehicle is traveling at a lower speed.<br><br>Once a vehicle speed is set by the driver, Dynamic Radar Cruise Control uses a grille-mounted millimeter-wave radar and an in-vehicle camera to detect a preceding vehicle and help determine its distance. If the vehicle ahead is detected traveling at a speed slower than your set speed or within your distance range setting, the system is designed to automatically decelerate your vehicle without having to cancel the cruise control. When a greater reduction in vehicle speed is necessary, the system may apply the brakes and operate your vehicle brake lights. The system will then respond to changes in the speed of the vehicle ahead in order to help maintain the vehicle-to-vehicle distance set by the driver. When there is no longer a preceding vehicle driving slower than your vehicle's set speed, the system accelerates until the set speed is reached and returns to constant speed cruising.  |

| US10142791 | LEXUS Vehicles (The accused instrumentality) |
|---|---|
| | ## 6. LANE TRACING ASSIST<br><br>Standard:<br>**LS** \| **ES** \| **UX** \| **RX** \| **NX** \| **LX** \| **IS**<br><br>When All-Speed Dynamic Radar CruiseControl[9] is enabled, this hands-on system[15] monitors visible lane markings and can now recognize vehicles ahead. To help the driver keep their vehicle centered in the lane, it can provide steering assistance. Designed for added convenience and to help reduce driver strain, the system can even be used in traffic and on highways with gradual curves.<br><br>This system utilizes a camera to monitor visible lane markings. If an inadvertent lane departure is detected at speeds above 32 mph, the system is designed to warn you so that you can steer back into the lane, and can even take slight corrective measures to help keep you within your visibly marked lane. Lane Tracing Assist requires the driver's hands to remain on the steering wheel. Lexus Safety System+ 2.5 offers improved stability.<br><br>Refer to a Lexus *Owner's Manual* for additional information on Lane Tracing Assist operation, limitations and precautions.<br><br>Source: https://www.lexus.com/content/dam/lexus/documents/safety/2023-LSS-Document-Final.pdf Page no: 1, 3, 4, 6, 7 of 13, last accessed on February 03, 2026<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.4]  activate a classification by a classifier assigned to a second sensor group to evaluate the first context of the mobile device | Defendant provides a context detection module configured to activate a classification by a classifier assigned to a second sensor group to evaluate the first context of the mobile device after a result of the classification by the classifier assigned to the first sensor group.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

| US10142791 | LEXUS Vehicles (The accused instrumentality) |
|---|---|
| after a result of the classification by the classifier assigned to the first sensor group; and | For example, the software module 2 ("a classifier assigned to a second sensor group") for Group 2 ("second sensor group") comprising camera and radar is executed ("activate a classification") to take distance measurements of the surrounding objects and determine the position of the vehicle relative to the surrounding objects ("context of the mobile device") after the software module 1 for Group 1 comprising the steering, braking and speed sensor is executed ("after a result of the classification by the classifier assigned to the first sensor group"). It is apparent for a person skilled in the art that in order to detect the objects surrounding a moving vehicle, the steering, braking and speed sensors will be activated first so that the vehicle is in a moving state and to allow monitoring of vehicle's speed, braking and steering. Next, the camera and radar are activated such that the movement of the vehicle is controlled based on the information (regarding any surrounding objects) received from the camera and radar. The below information primarily refers to Lexus Safety System+ 3.0 and is applicable to 2025 Lexus GX 550 Premium. |

| US10142791 | LEXUS Vehicles (The accused instrumentality) |
|---|---|
| |  |

## LEXUS SAFETY SYSTEM+ ADDRESSES THREE OF THE MOST COMMON ACCIDENT TYPES

**FRONTAL COLLISIONS**

**UNINTENDED LANE DEPARTURES**

**NIGHTTIME ACCIDENTS**

Lexus Safety System+ is designed to support driver awareness, decision-making and vehicle operation over a wide range of speeds under certain conditions. Packaged together in an integrated system, Lexus Safety System+ features help address three key areas of accident protection: **preventing or mitigating frontal collisions**[3], **keeping drivers within their lane**[4] and **enhancing road safety during nighttime driving**[5]. Always drive safely, obey traffic speed limits and laws and focus on the road while driving.

Lexus Safety System+ is comprised of four systems (with some variations shown as well):

1. Pre-Collision System[3] with Pedestrian Detection[6] | Left Turn Intersection Support[*]
2. Lane Departure Alert[4]
3. Intelligent High Beams[5]
4. Dynamic Radar Cruise Control[9]

Lexus Safety System+ 2.0 and 2.5 include two additional features:

5. Road Sign Assist[14†]
6. Lane Tracing Assist[15†]

Lexus Safety System+ 3.0 enhancements include:

7. Curve Speed Management added to Dynamic Radar Cruise Control
8. Additional Intersection Support

Source: https://www.lexus.com/content/dam/lexus/documents/safety/2023-LSS-Document-Final.pdf Page no: 1 of 13, last accessed on February 03, 2026

## LEXUS SAFETY SYSTEM+ 3.0 OVERVIEW

The Lexus Safety System+ 3.0 is a comprehensive suite of advanced driver-assistance features that comes standard on all new Lexus models. This system utilizes a combination of cameras, sensors, and radar to actively monitor your vehicle's surroundings and provide feedback to you in real time. It works alongside the Lexus Safety Connect subscription-based service to enhance road safety by offering vital information and alerts when needed.

# KEY FEATURES OF THE LEXUS SAFETY SYSTEM+ 3.0

The Lexus Safety System+ 3.0 is the latest iteration of Lexus' safety technology, building upon the previous versions to provide an all-encompassing safety experience. This system includes a range of active and passive safety features that work together to enhance driver awareness and help prevent collisions. We'll take you through some of the key features and their benefits.

## PRE-COLLISION SYSTEM WITH PEDESTRIAN DETECTION

This standard feature uses a combination of millimeter-wave radar sensors and high-resolution cameras to monitor the vehicle's surroundings, including other vehicles, cyclists, and pedestrians. It can alert you with both visual and audible warnings, preparing you to take evasive action if necessary. If a collision is imminent, the system can automatically apply the brakes to reduce the impact or bring the vehicle to a complete stop.

| US10142791 | LEXUS Vehicles (The accused instrumentality) |
|---|---|
| | ## LANE DEPARTURE ALERT WITH STEERING ASSIST <br><br> One of the leading causes of accidents on highways is drivers' unintentional lane drifting. Lane departure alert helps prevent unintentional lane departures by monitoring road markings and providing you with visual and audible alerts if the vehicle starts to drift. If necessary, the system can provide gentle steering input to help keep the vehicle centered in its lane. <br><br> ## LANE TRACING ASSIST <br><br> Lexus' Lane Tracing Assist feature combines the capabilities of Dynamic Radar Cruise Control to offer an enhanced driving experience. This system utilizes road markings and other vehicles as reference points to help keep the vehicle centered in its lane at all times, even when navigating curves. <br><br> Thanks to advances in technology, the system can now detect lane markings and road edges with greater accuracy in challenging conditions, such as rain or faded lane markers. This enhancement not only increases safety but also reduces driver fatigue on long journeys. <br><br> ## DYNAMIC RADAR CRUISE CONTROL <br><br> Dynamic Radar Cruise Control maintains a preset speed and following distance from the vehicle ahead, automatically adjusting your vehicle's speed to match traffic flow. This feature has been refined to provide a more natural driving experience. It now features a curve speed reduction function, which automatically adjusts the vehicle's speed when approaching a curve, enhancing safety and comfort. <br><br> Source: https://www.lexusstevenscreek.com/blogs/3078/lexus-news/lexus-safety-system-3-0-overview/, last accessed on February 03, 2026 |

| US10142791 | LEXUS Vehicles (The accused instrumentality) |
|---|---|
| | <br><br>**1. PRE-COLLISION SYSTEM with PEDESTRIAN DETECTION**<br><br>Standard:<br><br>**IS \| ES \| LS \| NX \| RX \| GX \| LX \| RC & RC F \| LC \| UX**<br><br>With enhanced radar and camera capabilities, this system[3] now features left turn intersection support for pedestrians and vehicles. It can also help detect the vehicle ahead, a preceding bicyclist in daytime, and a preceding pedestrian in daytime and low-light conditions. Should it detect a potential frontal collision, it can help provide steering assistance and can help automatically brake the vehicle to a stop. As there is a limit to the degree of recognition accuracy and control performance that this system can provide, do not overly rely on this system. This system will not prevent collisions or lessen collision damage or injury in every situation. Do not use Pre-Collision System with Pedestrian Detection[6] instead of normal braking operations under any circumstances. Do not attempt to test the operation of the pre-collision system yourself, as the system may not operate or engage, possibly leading to an accident. In some situations, such as when driving in inclement weather (heavy rain, fog, snow, sandstorm, etc.) or while driving on a curve and for a few seconds after driving on a curve, a preceding vehicle/pedestrian may not be detected by the radar and camera sensors, preventing the system from operating properly.<br><br>**2b. LANE DEPARTURE ALERT with STEERING ASSIST**<br><br>Standard:<br>**NX \| RX \| IS \| ES \| RC \| RC F \| LS \| LX \| UX**<br><br>This system[7] utilizes a camera to monitor visible lane markings. If an inadvertent lane departure is detected at speeds above 32 mph, the system is designed to warn you so that you can steer back into the lane, and can even take slight corrective measures to help keep you within your visibly marked lane. Lane Tracing Assist requires the driver's hands to remain on the steering wheel. Lexus Safety System+ 2.5 offers improved stability.<br><br>In addition to the alert function of Lane Departure Alert, certain vehicles with electronic power steering (EPS) will feature a Steering Assist function. When equipped and enabled, if the system determines that the vehicle is on a path to unintentionally depart from its lane, the system may provide small corrective steering inputs to the steering wheel for a short period of time to help the driver keep the vehicle in its lane. |

| US10142791 | **LEXUS Vehicles (The accused instrumentality)** |
|---|---|

## 4a. HIGH-SPEED DYNAMIC RADAR CRUISE CONTROL

Standard:
**RC F | GX**

On highways or expressways, Dynamic Radar Cruise Control[9] functions similar to conventional "constant speed" cruise control in that it helps vehicles travel at a consistent speed set by the driver, but this system adds a vehicle-to-vehicle distance control mode, which assists the driver by adjusting vehicle speed (within a set range) to help maintain a pre-set distance to a preceding vehicle when the preceding vehicle is traveling at a lower speed.

Once a vehicle speed is set by the driver, Dynamic Radar Cruise Control uses a grille-mounted millimeter-wave radar and an in-vehicle camera to detect a preceding vehicle and help determine its distance. If the vehicle ahead is detected traveling at a speed slower than your set speed or within your distance range setting, the system is designed to automatically decelerate your vehicle without having to cancel the cruise control. When a greater reduction in vehicle speed is necessary, the system may apply the brakes and operate your vehicle brake lights. The system will then respond to changes in the speed of the vehicle ahead in order to help maintain the vehicle-to-vehicle distance set by the driver. When there is no longer a preceding vehicle driving slower than your vehicle's set speed, the system accelerates until the set speed is reached and returns to constant speed cruising.

| US10142791 | LEXUS Vehicles (The accused instrumentality) |
|---|---|
| | ## 6. LANE TRACING ASSIST<br><br>Standard:<br>**LS** \| **ES** \| **UX** \| **RX** \| **NX** \| **LX** \| **IS**<br><br>When All-Speed Dynamic Radar CruiseControl[9] is enabled, this hands-on system[15] monitors visible lane markings and can now recognize vehicles ahead. To help the driver keep their vehicle centered in the lane, it can provide steering assistance. Designed for added convenience and to help reduce driver strain, the system can even be used in traffic and on highways with gradual curves.<br><br>This system utilizes a camera to monitor visible lane markings. If an inadvertent lane departure is detected at speeds above 32 mph, the system is designed to warn you so that you can steer back into the lane, and can even take slight corrective measures to help keep you within your visibly marked lane. Lane Tracing Assist requires the driver's hands to remain on the steering wheel. Lexus Safety System+ 2.5 offers improved stability.<br><br>Refer to a Lexus *Owner's Manual* for additional information on Lane Tracing Assist operation, limitations and precautions.<br><br>Source: https://www.lexus.com/content/dam/lexus/documents/safety/2023-LSS-Document-Final.pdf Page no: 1, 3, 4, 6, 7 of 13, last accessed on February 03, 2026<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.5] adapt a configuration of the classifier assigned to the first sensor group based, at least in part, on a result of | Defendant provides a context detection module configured to adapt a configuration of the classifier assigned to the first sensor group based, at least in part, on a result of the classification by the classifier assigned to the second sensor group.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the configuration (including but not limited to the software variables used in the software module) of the software module 1 ("classifier assigned to first sensor group") assigned to steering, braking and speed sensors is |

| US10142791 | LEXUS Vehicles (The accused instrumentality) |
|---|---|
| the classification by the classifier assigned to the second sensor group. | adapted/modified based on the software module 2 ("classifier assigned to the second sensor group") assigned to the camera and radar. The camera processes the image and the radar detects and calculates the distance of the objects surrounding the moving vehicle. The information collected from camera and radar teaches the steering sensor, braking sensor, speed sensor and the classifier assigned to first sensor group to control the motion of the moving car.<br><br>For example, as a part of Lexus Safety System+ 3.0, upon detection of any hazard or car nearby, the camera and radar teach the steering sensor and the corresponding classifier to automatically change lane and/or adjust the vehicle's position within the lane. The camera and radar, as a part of dynamic radar cruise control feature, teach the speed sensor, the brake sensor and the corresponding classifier to increase and/or decrease the vehicle speed to maintain the necessary distance from the vehicle in front of 2025 Lexus GX 550 Premium. The below information primarily refers to Lexus Safety System+ 3.0 and is applicable to 2025 Lexus GX 550 Premium. |

| US10142791 | LEXUS Vehicles (The accused instrumentality) |
|---|---|
| |  |

**LEXUS SAFETY SYSTEM+ ADDRESSES THREE OF THE MOST COMMON ACCIDENT TYPES**



**FRONTAL COLLISIONS**     **UNINTENDED LANE DEPARTURES**     **NIGHTTIME ACCIDENTS**

Lexus Safety System+ is designed to support driver awareness, decision-making and vehicle operation over a wide range of speeds under certain conditions. Packaged together in an integrated system, Lexus Safety System+ features help address three key areas of accident protection: **preventing or mitigating frontal collisions**[3], **keeping drivers within their lane**[4] and **enhancing road safety during nighttime driving**[5]. Always drive safely, obey traffic speed limits and laws and focus on the road while driving.

Lexus Safety System+ is comprised of four systems
(with some variations shown as well):

1.  Pre-Collision System[3] with Pedestrian Detection[6] |
    Left Turn Intersection Support[7]
2.  Lane Departure Alert[4]
3.  Intelligent High Beams[5]
4.  Dynamic Radar Cruise Control[9]

Lexus Safety System+ 2.0 and 2.5 include two additional features:

5.  Road Sign Assist[14]
6.  Lane Tracing Assist[15]

Lexus Safety System+ 3.0 enhancements include:

7.  Curve Speed Management added to Dynamic Radar Cruise Control
8.  Additional Intersection Support

Source: https://www.lexus.com/content/dam/lexus/documents/safety/2023-LSS-Document-Final.pdf Page no: 1 of 13, last accessed on February 03, 2026

**LEXUS SAFETY SYSTEM+ 3.0 OVERVIEW**

The Lexus Safety System+ 3.0 is a comprehensive suite of advanced driver-assistance features that comes standard on all new Lexus models. This system utilizes a combination of cameras, sensors, and radar to actively monitor your vehicle's surroundings and provide feedback to you in real time. It works alongside the Lexus Safety Connect subscription-based service to enhance road safety by offering vital information and alerts when needed.

# KEY FEATURES OF THE LEXUS SAFETY SYSTEM+ 3.0

The Lexus Safety System+ 3.0 is the latest iteration of Lexus' safety technology, building upon the previous versions to provide an all-encompassing safety experience. This system includes a range of active and passive safety features that work together to enhance driver awareness and help prevent collisions. We'll take you through some of the key features and their benefits.

# PRE-COLLISION SYSTEM WITH PEDESTRIAN DETECTION

This standard feature uses a combination of millimeter-wave radar sensors and high-resolution cameras to monitor the vehicle's surroundings, including other vehicles, cyclists, and pedestrians. It can alert you with both visual and audible warnings, preparing you to take evasive action if necessary. If a collision is imminent, the system can automatically apply the brakes to reduce the impact or bring the vehicle to a complete stop.

| US10142791 | LEXUS Vehicles (The accused instrumentality) |
|---|---|
| | ## LANE DEPARTURE ALERT WITH STEERING ASSIST<br><br>One of the leading causes of accidents on highways is drivers' unintentional lane drifting. Lane departure alert helps prevent unintentional lane departures by monitoring road markings and providing you with visual and audible alerts if the vehicle starts to drift. If necessary, the system can provide gentle steering input to help keep the vehicle centered in its lane.<br><br>## LANE TRACING ASSIST<br><br>Lexus' Lane Tracing Assist feature combines the capabilities of Dynamic Radar Cruise Control to offer an enhanced driving experience. This system utilizes road markings and other vehicles as reference points to help keep the vehicle centered in its lane at all times, even when navigating curves.<br><br>Thanks to advances in technology, the system can now detect lane markings and road edges with greater accuracy in challenging conditions, such as rain or faded lane markers. This enhancement not only increases safety but also reduces driver fatigue on long journeys.<br><br>## DYNAMIC RADAR CRUISE CONTROL<br><br>Dynamic Radar Cruise Control maintains a preset speed and following distance from the vehicle ahead, automatically adjusting your vehicle's speed to match traffic flow. This feature has been refined to provide a more natural driving experience. It now features a curve speed reduction function, which automatically adjusts the vehicle's speed when approaching a curve, enhancing safety and comfort.<br><br>Source: https://www.lexusstevenscreek.com/blogs/3078/lexus-news/lexus-safety-system-3-0-overview/, last accessed on February 03, 2026 |

| US10142791 | LEXUS Vehicles (The accused instrumentality) |
|---|---|

# 1. PRE-COLLISION SYSTEM with PEDESTRIAN DETECTION

Standard:

**IS | ES | LS | NX | RX | GX | LX | RC & RC F | LC | UX**

With enhanced radar and camera capabilities, this system[3] now features left turn intersection support for pedestrians and vehicles. It can also help detect the vehicle ahead, a preceding bicyclist in daytime, and a preceding pedestrian in daytime and low-light conditions. Should it detect a potential frontal collision, it can help provide steering assistance and can help automatically brake the vehicle to a stop. As there is a limit to the degree of recognition accuracy and control performance that this system can provide, do not overly rely on this system. This system will not prevent collisions or lessen collision damage or injury in every situation. Do not use Pre-Collision System with Pedestrian Detection[6] instead of normal braking operations under any circumstances. Do not attempt to test the operation of the pre-collision system yourself, as the system may not operate or engage, possibly leading to an accident. In some situations, such as when driving in inclement weather (heavy rain, fog, snow, sandstorm, etc.) or while driving on a curve and for a few seconds after driving on a curve, a preceding vehicle/pedestrian may not be detected by the radar and camera sensors, preventing the system from operating properly.

# 2b. LANE DEPARTURE ALERT with STEERING ASSIST

Standard:
**NX | RX | IS | ES | RC | RC F | LS | LX | UX**

This system[7] utilizes a camera to monitor visible lane markings. If an inadvertent lane departure is detected at speeds above 32 mph, the system is designed to warn you so that you can steer back into the lane, and can even take slight corrective measures to help keep you within your visibly marked lane. Lane Tracing Assist requires the driver's hands to remain on the steering wheel. Lexus Safety System+ 2.5 offers improved stability.

In addition to the alert function of Lane Departure Alert, certain vehicles with electronic power steering (EPS) will feature a Steering Assist function. When equipped and enabled, if the system determines that the vehicle is on a path to unintentionally depart from its lane, the system may provide small corrective steering inputs to the steering wheel for a short period of time to help the driver keep the vehicle in its lane.

| US10142791 | **LEXUS Vehicles (The accused instrumentality)** |
| --- | --- |
| | ## 4a. HIGH-SPEED DYNAMIC RADAR CRUISE CONTROL<br><br>Standard:<br>**RC F | GX**<br><br>On highways or expressways, Dynamic Radar Cruise Control[9] functions similar to conventional "constant speed" cruise control in that it helps vehicles travel at a consistent speed set by the driver, but this system adds a vehicle-to-vehicle distance control mode, which assists the driver by adjusting vehicle speed (within a set range) to help maintain a pre-set distance to a preceding vehicle when the preceding vehicle is traveling at a lower speed.<br><br>Once a vehicle speed is set by the driver, Dynamic Radar Cruise Control uses a grille-mounted millimeter-wave radar and an in-vehicle camera to detect a preceding vehicle and help determine its distance. If the vehicle ahead is detected traveling at a speed slower than your set speed or within your distance range setting, the system is designed to automatically decelerate your vehicle without having to cancel the cruise control. When a greater reduction in vehicle speed is necessary, the system may apply the brakes and operate your vehicle brake lights. The system will then respond to changes in the speed of the vehicle ahead in order to help maintain the vehicle-to-vehicle distance set by the driver. When there is no longer a preceding vehicle driving slower than your vehicle's set speed, the system accelerates until the set speed is reached and returns to constant speed cruising.<br><br> |

| US10142791 | LEXUS Vehicles (The accused instrumentality) |
|---|---|
| | ## 6. LANE TRACING ASSIST<br><br>Standard:<br>**LS | ES | UX | RX | NX | LX | IS**<br><br>When All-Speed Dynamic Radar CruiseControl[9] is enabled, <u>this hands-on system[5] monitors visible lane markings and can now recognize vehicles ahead. To help the driver keep their vehicle centered in the lane, it can provide steering assistance.</u> Designed for added convenience and to help reduce driver strain, the system can even be used in traffic and on highways with gradual curves.<br><br>This system utilizes a camera to monitor visible lane markings. If an inadvertent lane departure is detected at speeds above 32 mph, the system is designed to warn you so that you can steer back into the lane, and can even take slight corrective measures to help keep you within your visibly marked lane. Lane Tracing Assist requires the driver's hands to remain on the steering wheel. Lexus Safety System+ 2.5 offers improved stability.<br><br>*Refer to a Lexus Owner's Manual for additional information on Lane Tracing Assist operation, limitations and precautions.*<br><br>Source: https://www.lexus.com/content/dam/lexus/documents/safety/2023-LSS-Document-Final.pdf Page no: 1, 3, 4, 6, 7 of 13, last accessed on February 03, 2026<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |