**EXHIBIT g**

**UNITED STATES PATENT NO. 10,142,791**
**CLAIM CHART FOR INFRINGEMENT OF CLAIM 1**

*Infringement analysis provided for any preamble should not be construed as an admission that such preamble is limiting.*

| US10142791 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| [1.1]   A mobile device, comprising:<br><br>a   plurality   of sensors   and   a plurality of sensor groups,   wherein each of the sensor groups is assigned at least one of the sensors,   and wherein the sensor groups are arranged according   to   a hierarchy; and | To the extent the preamble is limiting, Dealer (Defendant) uses, sells and offers for sale used Nissan vehicles that include or comprise a mobile device, comprising a plurality of sensors and a plurality of sensor groups, wherein each of the sensor groups is assigned at least one of the sensors, and wherein the sensor groups are arranged according to a hierarchy.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant sells a 2024 Nissan Armada SL[1] ("mobile device"). 2024 Nissan Armada SL comprises sensors including but not limited to camera, radar sensor, steering sensor, braking sensor, and speed sensor ("plurality of sensors") such that each sensor forms a part of separate sensor group for different functioning ("plurality of sensor groups"). As an example, the steering sensor, braking sensor and speed sensor are assigned to Group 1. The camera and radar are assigned to Group 2. 2024 Nissan Armada SL provides Nissan Safety Shield 360 that comprises features including but not limited to (Rear or Front) Automatic emergency braking, Automatic Emergency Braking with Pedestrian Detection, Intelligent Cruise Control, Intelligent Blind Spot Intervention and Intelligent Lane Intervention. The below information primarily refers to Nissan Safety Shield 360 (or Intelligent Cruise Control, Intelligent Blind Spot Intervention and Intelligent Lane Intervention) and is applicable to 2024 Nissan Armada SL. |

[1] While 2024 Nissan Armada SL Limited has been used as an exemplary infringing product, vehicles including but not limited 2025 Nissan Pathfinder SV, 2024 Nissan Pathfinder Rock Creek, 2024 Nissan Altima 2.5 SR, 2024 Nissan Altima 2.5 SV, 2024 Nissan Frontier Pro-4X, 2024 Nissan Sentra SR, 2024 Nissan Pathfinder SV, 2023 Nissan Frontier Pro-4X, 2023 Nissan Altima 2.5 SV, 2023 Nissan Pathfinder SL, 2023 Nissan Rogue SV, 2021 Nissan Rogue SV, 2021 Nissan Rogue SV, 2020 Nissan Pathfinder SV, 2019 Nissan Pathfinder SL, 2019 Nissan Altima 2.5 S, 2019 Nissan Armada, 2017 Nissan Murano platinum, 2015 Nissan Murano platinum, and versions of these products that have the same functionality. Named features for Nissan vehicles operate the same for all vehicle models that have the same features and thus the evidence below may be from different models but are equally applicable to the exemplary product and all accused products. The presently charted exemplary infringing product is representative for purposes of illustrating infringement of the other vehicles.

| US10142791 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | For example, performs the following steps to control movement of the vehicle.<br><br>1. The steering sensor, braking sensor and speed sensor are activated first to measure and control at least the moving vehicle's speed, braking and steering.<br>2. Once the vehicle is moving, the camera and radar are activated to monitor the objects (including but not limited to vehicles, roads, trees) surrounding 2024 Nissan Armada SL.<br>3. If 2024 Nissan Armada SL detects, using the camera and radar, that there are objects/vehicles near the 2024 Nissan Armada SL, the speed sensor increases and/or decreases the speed of the vehicle to avoid collisions.<br>4. Further, the steering sensor steers the vehicle left and/or right to avoid any surrounding objects and to automatically change lanes and/or to keep the vehicle within the lane.<br><br>Therefore, Groups 1 and 2 are arranged according to a hierarchy since Group 1 comprising the steering sensor, braking sensor and speed sensor is activated first and Group 2 comprising the camera and radar is activated second.<br><br> |

| US10142791 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | Source: https://www.covertchryslerdodgejeepram.com/inventory/used-2024-nissan-armada-sl-rwd-4d-sport-utility-jn8ay2bc3r9197128/, last accessed on February 05, 2026<br><br><br><br>Source: https://www.nissanusa.com/content/dam/Nissan/us/vehicle-brochures/2024/2024-nissan-armada-brochure-en.pdf Page no: 4 of 9, last accessed on February 05, 2026<br><br>Covert Chrysler Dodge Jeep Ram (WDTX (Austin)) also sells Nissan vehicles, such as 2025 Nissan Pathfinder SV, 2024 Nissan Pathfinder Rock Creek, 2024 Nissan Altima 2.5 SR, 2024 Nissan Altima 2.5 SV, 2024 Nissan Frontier Pro-4X, 2024 Nissan Sentra SR, 2023 Nissan Pathfinder SV, 2023 Nissan Frontier Pro-4X, 2023 Nissan Altima 2.5 SV, 2023 Nissan Pathfinder SL, 2023 Nissan Rogue SV, 2021 Nissan Rogue SL, 2021 Nissan Rogue SV, 2020 Nissan Pathfinder SV, 2019 Nissan Pathfinder SL, 2019 Nissan Altima 2.5 S, 2019 Nissan Armada, 2017 Nissan Murano platinum, 2015 Nissan Murano platinum and versions of these products have same functionality. These models feature Safety Shield 360 (and Intelligent Cruise Control, Intelligent Blind Spot Intervention and Intelligent Lane Intervention) that comprises features including but not limited (Rear or Front) Automatic emergency braking, Automatic Emergency Braking with Pedestrian Detection, Intelligent Cruise Control, Intelligent Blind Spot Intervention and Intelligent Lane Intervention: - |

| US10142791 | **Nissan Vehicles (The accused instrumentality)** |
|---|---|
| |  |

Inside the image:

**PRE-OWNED 2025 NISSAN PATHFINDER SV**
VIN: 5N1DR3BA5SC203719    STOCK: P04740

Source: https://www.covertchryslerdodgejeepram.com/inventory/used-2025-nissan-pathfinder-sv-fwd-4d-sport-utility-5n1dr3ba5sc203719/, last accessed on February 05, 2026

## Standard Nissan Safety Shield® 360

Imagine feeling confident in almost any situation. With a suite of six standard Safety Shield 360 technologies, Pathfinder is looking out for you all around. This is peace of mind you can enjoy, mile after mile.[3, 13]

| Automatic Emergency Braking with Pedestrian Detection[14] | Rear Automatic Braking[15] | Rear Cross Traffic Alert[16] | Blind Spot Warning[17] | Lane Departure Warning[18] | High Beam Assist |

Source: https://www.nissanusa.com/content/dam/Nissan/us/vehicle-brochures/2025/2025-nissan-pathfinder-brochure-en.pdf Page no: 4 of 9, last accessed on February 05, 2026

**PRE-OWNED 2024 NISSAN PATHFINDER ROCK CREEK**
VIN: 5N1DR3BD3RC236674    STOCK: 260626B

## DESCRIPTION

| US10142791 | Nissan Vehicles (The accused instrumentality) |
|---|---|
|  | Safety is a core pillar of the Pathfinder experience, featuring the comprehensive Nissan Safety Shield 360 suite. Drive with total peace of mind thanks to ProPILOT Assist, Intelligent Cruise Control, and Intelligent Blind Spot Intervention. The Rock Creek is a vigilant protector with Rear Automatic Braking, Forward Collision Warning, and Lane Departure Warning. With Moving Object Detection and Rear Cross Traffic Alert, you have a 360-degree shield of protection whether you're in the suburban carpool lane or miles from the nearest pavement. If you are looking for a low-mileage, exceptionally capable 4x4 that refuses to compromise on style or safety, this Rock Creek is your definitive choice.<br><br>Source: https://www.covertchryslerdodgejeepram.com/inventory/used-2024-nissan-pathfinder-rock-creek-4wd-4d-sport-utility-5n1dr3bd3rc236674/, last accessed on February 05, 2026<br><br><br><br>Source: http://covertchryslerdodgejeepram.com/inventory/used-2024-nissan-altima-2-5-sr-fwd-4dr-car-1n4bl4cv1rn386089/, last accessed on February 05, 2026 |

| US10142791 | **Nissan Vehicles (The accused instrumentality)** |
|---|---|
| |  |

Source: https://www.nissanusa.com/content/dam/Nissan/us/vehicle-brochures/2024/2024-nissan-altima-brochure-en.pdf Page no: 4 of 9, last accessed on February 05, 2026

| US10142791 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | Source: https://www.covertchryslerdodgejeepram.com/inventory/used-2024-nissan-altima-2-5-sv-fwd-4d-sedan-1n4bl4dv6rn346427/, last accessed on February 05, 2026 <br><br>  <br><br> Source: https://www.nissanusa.com/content/dam/Nissan/us/vehicle-brochures/2024/2024-nissan-altima-brochure-en.pdf Page no: 4 of 9, last accessed on February 05, 2026 |

| US10142791 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| |  Source: https://www.covertchryslerdodgejeepram.com/inventory/used-2024-nissan-frontier-pro-4x-4wd-4d-crew-cab-1n6ed1ek1rn666257/, last accessed on February 05, 2026 <br><br> ## 2024 Nissan Frontier Press Kit <br> The 2024 Frontier provides added peace of mind with standard Intelligent Forward Collision Warning[8] and Automatic Emergency Braking with Pedestrian Detection[1] on every grade. In addition, Frontier is available with Nissan Safety Shield® 360[2], adding features including Lane Departure Warning[9], Blind Spot Warning[10], Rear Cross Traffic Alert[11] and Rear Automatic Braking[12]. Intelligent Cruise Control[13] is also available. <br> Source: https://usa.nissannews.com/en-US/releases/2024-nissan-frontier-press-kit, last accessed on February 05, 2026 <br><br> **PRE-OWNED 2024 NISSAN SENTRA SR** <br> VIN: 3N1AB8DV5RY333531    STOCK: J22091A |

| US10142791 | **Nissan Vehicles (The accused instrumentality)** |
|---|---|
| |  Source: https://www.covertchryslerdodgejeepram.com/inventory/used-2024-nissan-sentra-sr-fwd-4d-sedan-3n1ab8dv5ry333531/, last accessed on February 05, 2026<br><br>**Standard Nissan Safety Shield® 360**<br><br>As a part of Nissan Intelligent Mobility,® Nissan Safety Shield 360 includes features that can monitor in front of you, behind you, on either side and can step in to help. The following confidence-inspiring features are all standard on every Sentra.[7, 8]<br><br>Automatic Emergency Braking with Pedestrian Detection[9] \| Rear Automatic Braking[10] \| Blind Spot Warning[11] \| Rear Cross Traffic Alert[12]<br><br>Source: https://www.nissanusa.com/content/dam/Nissan/us/vehicle-brochures/2024/2024-nissan-sentra-brochure-en.pdf Page no: 4 of 9, last accessed on February 05, 2026<br><br>**PRE-OWNED 2024 NISSAN PATHFINDER SV** VIN: 5N1DR3BA2RC295818   STOCK: P04746 |

| US10142791 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| |  |

Source: https://www.covertchryslerdodgejeepram.com/inventory/used-2024-nissan-pathfinder-sv-fwd-4d-sport-utility-5n1dr3ba2rc295818/, last accessed on February 05, 2026

**Standard Nissan Safety Shield® 360**

Imagine feeling confident in almost any situation. With a suite of six standard Safety Shield 360 technologies, Pathfinder is looking out for you all around. This is peace of mind you can enjoy, mile after mile.[3, 13]

| Automatic Emergency Braking with Pedestrian Detection[14] | Rear Automatic Braking[15] | Rear Cross Traffic Alert[16] | Blind Spot Warning[17] | Lane Departure Warning[18] | High Beam Assist |

Source: https://www.nissanusa.com/content/dam/Nissan/us/vehicle-brochures/2024/2024-nissan-pathfinder-brochure-en.pdf Page no 4 of 9, last accessed on February 05, 2026

**PRE-OWNED 2023 NISSAN FRONTIER PRO-4X**
VIN: 1N6ED1EK1PN661427    STOCK: P04747N

| US10142791 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| |  Source: https://www.covertchryslerdodgejeepram.com/inventory/used-2023-nissan-frontier-pro-4x-4wd-4d-crew-cab-1n6ed1ek1pn661427/, last accessed on February 05, 2026 |

| US10142791 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | Nissan Safety Shield® 360 and driver assist technologies<br><br>Frontier® backs you up with a wide assortment of standard and available safety features and driver assist technologies that can help you avoid accidents and give you more peace of mind when you're towing, hauling, and doing truck things.[6, 7]<br><br>Standard Automatic Emergency Braking with Pedestrian Detection[8]<br><br>Available Rear Automatic Braking[9]<br><br>Available Rear Cross Traffic Alert[10]<br><br>Available Blind Spot Warning[11]<br><br>Available Lane Departure Warning[12]<br><br>Available High Beam Assist<br><br>Available Intelligent Cruise Control[13]<br><br>Source: https://www.nissanusa.com/content/dam/Nissan/us/vehicle-brochures/2024/2024-nissan-pathfinder-brochure-en.pdf Page no 5 of 13, last accessed on February 05, 2026<br><br>**PRE-OWNED 2023 NISSAN ALTIMA 2.5 SV**<br>VIN: 1N4BL4DW5PN338907    STOCK: AP2068 |

| US10142791 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| |  **DESCRIPTION**<br><br>The SV trim is well-equipped with Nissan's focus on driver-centric technology. Safety is paramount with the standard NISSAN SAFETY SHIELD 360 suite, which includes AUTOMATIC EMERGENCY BRAKING W/PEDESTRIAN DETECTION, REAR AUTOMATIC BRAKING, BLIND SPOT WARNING, REAR CROSS TRAFFIC ALERT, LANE DEPARTURE WARNING, and HIGH BEAM ASSIST. Additional smart features include INTELLIGENT FORWARD COLLISION WARNING, REAR SONAR SYSTEM, and INTELLIGENT DRIVER ALERTNESS.<br><br>Source: https://www.covertchryslerdodgejeepram.com/inventory/used-2023-nissan-altima-2-5-sv-awd-4d-sedan-1n4bl4dw5pn338907/, last accessed on February 05, 2026<br><br>**PRE-OWNED 2023 NISSAN PATHFINDER SL**<br>VIN: 5N1DR3CB3PC205967    STOCK: P2405 |

| US10142791 | **Nissan Vehicles (The accused instrumentality)** |
|---|---|
| |  |

Source: https://www.covertchryslerdodgejeepram.com/inventory/used-2023-nissan-pathfinder-sl-fwd-4d-sport-utility-5n1dr3cb3pc205967/, last accessed on February 05, 2026

### Standard Nissan Safety Shield® 360

Imagine feeling confident in almost any situation. With a suite of six standard Safety Shield 360 technologies, Pathfinder® is looking out for you all around. This is peace of mind you can enjoy, mile after mile.[3,14]

| Automatic Emergency Braking with Pedestrian Detection[15] | Rear Automatic Braking[16] | Rear Cross Traffic Alert[17] | Blind Spot Warning[18] | Lane Departure Warning[19] |

Source: https://www.nissanusa.com/content/dam/Nissan/us/vehicle-brochures/2023/2023-nissan-pathfinder-brochure-en.pdf Page no 4 of 9, last accessed on February 05, 2026

**PRE-OWNED 2023 NISSAN ROGUE SV**
VIN: 5N1BT3BB7PC892736    STOCK: FP7394A

| US10142791 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | <br><br>Source: https://www.covertchryslerdodgejeepram.com/inventory/used-2023-nissan-rogue-sv-awd-sport-utility-5n1bt3bb7pc892736/, last accessed on February 05, 2026<br><br>**Standard Nissan Safety Shield® 360**<br><br>Imagine feeling confident in almost any situation. With a suite of standard Safety Shield 360 technologies, the Rogue can help look out for you all around. This is peace of mind you can enjoy, mile after mile.[13, 14]<br><br>Automatic Emergency Braking with Pedestrian Detection[15]　Rear Automatic Braking[16]　Rear Cross Traffic Alert[17]　Blind Spot Warning[18]　Lane Departure Warning[19]<br><br>Source: https://www.nissanusa.com/content/dam/Nissan/us/vehicle-brochures/2023/2023-nissan-rogue-brochure-en.pdf<br>Page no 6 of 11, last accessed on February 05, 2026<br><br>**PRE-OWNED 2021 NISSAN ROGUE SL**<br>VIN: 5N1AT3CB3MC794227    STOCK: BT7218B |

| US10142791 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| |  Source: https://www.covertchryslerdodgejeepram.com/inventory/used-2021-nissan-rogue-sl-awd-4d-sport-utility-5n1at3cb3mc794227/, last accessed on February 05, 2026<br><br>**Standard Nissan Safety Shield® 360**<br><br>Imagine feeling confident in most any situation. With a class-exclusive suite of standard Safety Shield 360 technologies, the all-new Rogue can help look out for you all around.[18, 19] This is peace of mind you can enjoy, mile after mile.[3, 19]<br><br>Automatic Emergency Braking with Pedestrian Detection[20]    Class-exclusive standard Rear Automatic Braking[21, 22]    Rear Cross Traffic Alert[23]    Blind Spot Warning[24]    Lane Departure Warning[25]<br><br>Source: https://www.nissanusa.com/content/dam/Nissan/us/vehicle-brochures/2021/2021-nissan-rogue-brochure-en.pdf Page no 6 of 11, last accessed on February 05, 2026<br><br>**PRE-OWNED 2021 NISSAN ROGUE SV**<br>VIN: JN8AT3BB6MW208063    STOCK: DP1512 |

| US10142791 | **Nissan Vehicles (The accused instrumentality)** |
|---|---|
| |  |

Source: https://www.covertchryslerdodgejeepram.com/inventory/used-2021-nissan-rogue-sv-awd-4d-sport-utility-jn8at3bb6mw208063/, last accessed on February 05, 2026

**Standard Nissan Safety Shield® 360**

Imagine feeling confident in most any situation. With a class-exclusive suite of standard Safety Shield 360 technologies, the all-new Rogue can help look out for you all around.[18, 19] This is peace of mind you can enjoy, mile after mile.[3, 19]

Automatic Emergency Braking with Pedestrian Detection[20] | Class-exclusive standard Rear Automatic Braking[21, 22] | Rear Cross Traffic Alert[23] | Blind Spot Warning[24] | Lane Departure Warning[25]

Source: https://www.nissanusa.com/content/dam/Nissan/us/vehicle-brochures/2021/2021-nissan-rogue-brochure-en.pdf
Page no 6 of 11, last accessed on February 05, 2026

**PRE-OWNED 2O2O NISSAN PATHFINDER SV**
VIN: 5N1DR2BM8LC605918    STOCK: BT7270A

| US10142791 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | <br>Source: https://www.covertchryslerdodgejeepram.com/inventory/used-2020-nissan-pathfinder-sv-4wd-4d-sport-utility-5n1dr2bm8lc605918/, last accessed on February 05, 2026<br><br><br>**ADVANCED DRIVING TECHNOLOGIES**<br>Whether you're changing lanes on the highway, maneuvering out of a parking spot, or following stop-and-go traffic, Pathfinder's available driver assistance features, including standard Automatic Emergency Braking, help you see more, sense more, and can even give you an assist when you need it most.[6]<br><br>Rear Cross Traffic Alert[7] / Blind Spot Warning[8] / Automatic Emergency Braking[6] / Intelligent Cruise Control[9]<br><br>Source: https://www.nissanusa.com/content/dam/Nissan/us/vehicle-brochures/2020/2020-nissan-pathfinder-brochure-en.pdf Page no 3 of 8, last accessed on February 05, 2026<br><br>**PRE-OWNED 2019 NISSAN PATHFINDER SL**<br>VIN: 5N1DR2MN0KC615671    STOCK: B260978B |

| US10142791 | **Nissan Vehicles (The accused instrumentality)** |
|---|---|
| | 
Source: https://www.covertchryslerdodgejeepram.com/inventory/used-2019-nissan-pathfinder-sl-fwd-4d-sport-utility-5n1dr2mn0kc615671/, last accessed on February 05, 2026

## 2019 Nissan Pathfinder Trim Levels
### Pathfinder SL – $37,920*

**With leather seating, added safety innovations, and more conveniences, the Pathfinder SL trim can make for a luxurious, safe, and entertaining ride. Added features on this trim include:**

- **Motion Activated Liftgate**
- **Leather-appointed upholstery**
- **Intelligent Cruise Control**
- **Blind Spot Warning**

Source: https://www.executivenissan.com/2019-nissan-pathfinder-trim-levels/, last accessed on February 05, 2026

**PRE-OWNED 2019 NISSAN ALTIMA 2.5 S**
VIN: 1N4BL4BV9KC175290    STOCK: C351743C |

| US10142791 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| |  Source: https://www.covertchryslerdodgejeepram.com/inventory/used-2019-nissan-altima-2-5-s-fwd-4dr-car-1n4bl4bv9kc175290/, last accessed on February 05, 2026 <br><br> **SAFETY SHIELD® 360** <br><br> Nissan Intelligent Mobility is changing how you move forever with technology that makes you feel more connected, confident, and excited. <br><br> As part of Nissan Intelligent Mobility, Safety Shield 360° includes features that help you see more, sense more, and can give you an assist when you need it. The following features are standard on trim levels SV and above.[2] <br><br> Automatic Emergency Braking with Pedestrian Detection[5]    Rear Automatic Braking[6]    Rear Cross Traffic Alert[7]    Blind Spot Warning[8] <br><br> Source: https://www.nissanusa.com/content/dam/Nissan/us/vehicle-brochures/2019/2019-altima-brochure-en.pdf Page no 3 of 8, last accessed on February 05, 2026 <br><br> **PRE-OWNED 2019 NISSAN ARMADA** <br> VIN: JN8AY2ND5KX009683   STOCK: C351777A |

| US10142791 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | <br><br>Source: https://www.covertchryslerdodgejeepram.com/inventory/used-2019-nissan-armada-rwd-sport-utility-jn8ay2nd5kx009683/, last accessed on February 05, 2026<br><br>## 2019 Nissan Armada Press Kit<br><br>In front, the standard Intelligent Forward Collision Warning (I-FCW) can help warn the driver of risks that lie beyond the driver's forward field of vision. The advanced radar system not only can sense the relative velocity and distance of a vehicle directly ahead, but also of a vehicle traveling in front of the preceding one. Also in front are standard Intelligent Cruise Control (ICC) and Intelligent Distance Control (I-DC). The available Automatic Emergency Braking (AEB) can help assist the driver in potential frontal collision avoidance.<br><br>On the sides, Intelligent Lane Intervention (I-LI), Lane Departure Warning (LDW), Blind Spot Warning (BSW) and Intelligent Blind Spot Intervention (I-BSI) can help alert the driver of potential lane drift and detected vehicles approaching in the blind spot area. In the rear, RearView Monitor and Intelligent Around View® Monitor (I-AVM) help provide extra sets of "eyes" when backing out or parking. The innovative Intelligent Around View® Monitor can also come in handy when negotiating tight off-road trails.<br><br>Source: https://usa.nissannews.com/en-US/releases/us-2019-nissan-armada-press-kit, last accessed on February 05, 2026<br><br>**PRE-OWNED 2017 NISSAN MURANO PLATINUM**<br>VIN: 5N1AZ2MG6HN118304    STOCK: 4250320B |

| US10142791 | **Nissan Vehicles (The accused instrumentality)** |
|---|---|
| | <br>Source: https://www.covertchryslerdodgejeepram.com/inventory/used-2017-nissan-murano-platinum-fwd-4d-sport-utility-5n1az2mg6hn118304/, last accessed on February 05, 2026 |

| US10142791 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | **NISSAN INTELLIGENT SAFETY SHIELD TECHNOLOGIES**<br>**INNOVATION THAT LOOKS OUT FOR YOU**<br>What if you had the confidence you need for every part of your drive? The Nissan Safety Shield philosophy is a comprehensive approach to safety that guides the engineering and development of every vehicle we make.<br><br>**MONITOR**<br>Smart technologies are designed to help monitor conditions — like a warning to let you know when a vehicle is in the blind spot area, or a system that helps ensure you're travelling on properly inflated tires.<br><br>**Available Features:**<br>**Predictive Forward Collision Warning (PFCW)**[1,2]<br>**Forward Emergency Braking (FEB)**[1,3]<br>**Driver Attention Alert (DAA)**[1,4]<br>**Blind Spot Warning (BSW)**[1,5]<br>**Rear Cross Traffic Alert (RCTA)**[1,6]<br>**Moving Object Detection (MOD)**[1,7]<br><br>Source: https://www.centuryu.com/uploads/1/4/4/6/144698822/2017_murano.pdf Page no: 7 of 10, last accessed on February 05, 2026<br><br>**PRE-OWNED 2015 NISSAN MURANO PLATINUM**<br>VIN: 5N1AZ2MG0FN256126    STOCK: CA7655B |

| US10142791 | **Nissan Vehicles (The accused instrumentality)** |
|---|---|
| | <br>Source: https://www.covertchryslerdodgejeepram.com/inventory/used-2015-nissan-murano-platinum-fwd-sport-utility-5n1az2mg0fn256126/, last accessed on February 05, 2026<br><br><br>**Intelligent Cruise Control (ICC).** Helps you keep a safe distance by using radar technology to maintain a preset distance from the car ahead in your lane, even at low speeds.[6]<br>**Forward Emergency Braking (FEB).** Using radar technology to keep an eye on your speed and proximity to vehicles ahead of you, FEB gives you audible and visual display warnings to help you know when to reduce your speed, if necessary. It can also apply braking to help you avoid a collision. If a collision is unavoidable, this feature will engage the brakes to help reduce speed of impact and reduce the severity of a collision.[11]<br><br>Source: https://www.centuryu.com/uploads/1/4/4/6/144698822/2015_murano.pdf Page no: 7 of 10, last accessed on February 05, 2026 |

| US10142791 | **Nissan Vehicles (The accused instrumentality)** |
|---|---|
| | <br>Source: https://www.nissanusa.com/content/dam/Nissan/us/vehicle-brochures/2024/2024-nissan-armada-brochure-en.pdf Page no: 4 of 9, last accessed on February 05, 2026 |

| US10142791 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| |  |

| US10142791 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | ## Automatic Emergency Braking w/ Pedestrian Detection  Automatic Emergency Braking with Pedestrian Detection can provide audio and visual alerts and even apply the brakes to help avoid or mitigate a collisions. [*]  ### Rear Automatic Braking Rear Automatic Braking watches out directly behind you for stationary items you might not see. If it detects something and you fail to stop, it can automatically engage the brakes to help avoid a rear collision or lessen the severity of an impact. [*] Source: https://www.nissanusa.com/safety-shield.html , last accessed on February 05, 2026 |

| US10142791 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | ## Intelligent Cruise Control<br><br>Maintains a preset distance from the vehicle ahead, reducing the driver's workload<br><br>Intelligent Cruise Control (ICC) measures the distance from the vehicle ahead and controls acceleration and deceleration to automatically maintain a suitable following distance. This distance is adjusted according to the speed of the vehicle ahead, up to the preset speed, and the ICC speed settings set by the driver. ICC reduces the driver's workload during long journeys such as expressway driving or in traffic congestion situations.<br><br>The system controls vehicle speed in order to maintain a set distance from the vehicle ahead. Manual accelerator pedal operation is reduced in high speed driving or in traffic congestion, making the journey much easier for the driver.<br><br>System operation |

| US10142791 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | <br><br>Source: https://www.nissan-global.com/EN/INNOVATION/TECHNOLOGY/ARCHIVE/ICC/ , last accessed on February 05, 2026<br><br>## Intelligent Blind Spot Intervention (I-BSI)<br><br>Assist the driver to avoid a collision with lane changing by detecting vehicles in the blind spot |

| US10142791 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | When the system detects a vehicle driving in an adjacent lane approaching the rear of the driver's vehicle - a common blind spot area, it notifies the driver with an indicator light. If the driver then begins to change lanes, the system alerts the driver with a chime and continuously flashes the indicator light while applying slight braking force to help return the vehicle to its original lane. <br><br> Source: https://www.nissan-global.com/EN/INNOVATION/TECHNOLOGY/ARCHIVE/IBSI/ , last accessed on February 05, 2026 <br><br> # Intelligent Lane Intervention (LI) <br><br> ## Intelligent LI assists drivers to prevent lane departure <br><br> If there is a risk of leaving the driving lane*, the system alerts the driver with a sound and displays an alert on the dashboard. The system also assists the driver to avoid leaving the driving lane by applying the brakes or assists with steering. <br><br> ## How the technology works <br><br>  <br><br> Source: https://www.nissan-global.com/EN/INNOVATION/TECHNOLOGY/ARCHIVE/ILI/ , last accessed on February 05, 2026 |

| US10142791 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.2] a plurality of classifiers, wherein each classifier is assigned to a sensor group, and wherein each classifier is configured to evaluate one or more contexts of the mobile device based on signals from one or more sensors assigned to the same sensor group as the classifier; | Defendant provides a plurality of classifiers, wherein each classifier is assigned to a sensor group, and wherein each classifier is configured to evaluate one or more contexts of the mobile device based on signals from one or more sensors assigned to the same sensor group as the classifier.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, 2024 Nissan Armada SL comprises software modules ("plurality of classifiers") as a part of the operating system executing in 2024 Nissan Armada SL Limited that control the camera sensor, radar sensor, steering sensor, braking sensor, and speed sensor. Group 1 is assigned software module (say module 1) that controls sensors, including but not limited to, steering sensor, braking sensor and speed sensor and Group 2 is assigned module (say module 2) that controls the camera and radar.

Further, the software module for each group monitors the environment to capture and process images and control the vehicle. The classifier for Group 2 (that is assigned to the camera and radar) determines the position of the vehicle with respect to the surrounding vehicles ("context") by determining at least a distance from the surrounding vehicles. The classifier for Group 1 (that is assigned to the steering, braking and speed sensors) helps in controlling the vehicle by steering the vehicle, applying brakes, and controlling the speed of the vehicle (that depict the position of the vehicle relative to the surrounding environment such as the road and the surrounding vehicles) ("context"). The below information primarily refers to Nissan Safety Shield 360 (or Intelligent Cruise Control, Intelligent Blind Spot Intervention and Intelligent Lane Intervention) and is applicable to 2024 Nissan Armada SL. |

| US10142791 | Nissan Vehicles (The accused instrumentality) |
|---|---|
|  |  Source: https://www.nissanusa.com/content/dam/Nissan/us/vehicle-brochures/2024/2024-nissan-armada-brochure-en.pdf Page no: 4 of 9, last accessed on February 05, 2026 |

| US10142791 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| |  |

| US10142791 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | ## Automatic Emergency Braking w/ Pedestrian Detection  Automatic Emergency Braking with Pedestrian Detection can provide audio and visual alerts and even apply the brakes to help avoid or mitigate a collisions. [*]  ### Rear Automatic Braking Rear Automatic Braking watches out directly behind you for stationary items you might not see. If it detects something and you fail to stop, it can automatically engage the brakes to help avoid a rear collision or lessen the severity of an impact. [*] Source: https://www.nissanusa.com/safety-shield.html , last accessed on February 05, 2026 |

| US10142791 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | ## Intelligent Cruise Control<br><br>Maintains a preset distance from the vehicle ahead, reducing the driver's workload<br><br>Intelligent Cruise Control (ICC) measures the distance from the vehicle ahead and controls acceleration and deceleration to automatically maintain a suitable following distance. This distance is adjusted according to the speed of the vehicle ahead, up to the preset speed, and the ICC speed settings set by the driver. ICC reduces the driver's workload during long journeys such as expressway driving or in traffic congestion situations.<br><br>The system controls vehicle speed in order to maintain a set distance from the vehicle ahead. Manual accelerator pedal operation is reduced in high speed driving or in traffic congestion, making the journey much easier for the driver.<br><br>### System operation |

| US10142791 | **Nissan Vehicles (The accused instrumentality)** |
|---|---|
| | <br><br>Source: https://www.nissan-global.com/EN/INNOVATION/TECHNOLOGY/ARCHIVE/ICC/ , last accessed on February 05, 2026<br><br>## Intelligent Blind Spot Intervention (I-BSI)<br><br>Assist the driver to avoid a collision with lane changing by detecting vehicles in the blind spot |

| US10142791 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | When the system detects a vehicle driving in an adjacent lane approaching the rear of the driver's vehicle - a common blind spot area, it notifies the driver with an indicator light. If the driver then begins to change lanes, the system alerts the driver with a chime and continuously flashes the indicator light while applying slight braking force to help return the vehicle to its original lane.<br><br>Source: https://www.nissan-global.com/EN/INNOVATION/TECHNOLOGY/ARCHIVE/IBSI/ , last accessed on February 05, 2026<br><br>## Intelligent Lane Intervention (LI)<br><br>### Intelligent LI assists drivers to prevent lane departure<br><br>If there is a risk of leaving the driving lane*, the system alerts the driver with a sound and displays an alert on the dashboard. The system also assists the driver to avoid leaving the driving lane by applying the brakes or assists with steering.<br><br>### How the technology works<br><br><br><br>Source: https://www.nissan-global.com/EN/INNOVATION/TECHNOLOGY/ARCHIVE/ILI/ , last accessed on February 05, 2026 |

| US10142791 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.3] wherein the mobile device is configured to:<br><br>activate a classification by a classifier assigned to a first sensor group to evaluate a first context of the mobile device, wherein the first sensor group is at a lowest level in the hierarchy; | Defendant provides a mobile device configured to activate a classification by a classifier assigned to a first sensor group to evaluate a first context of the mobile device, wherein the first sensor group is at a lowest level in the hierarchy.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, 2024 Nissan Armada SL comprises a context detection module as a combination of hardware (including but not limited to sensors and processors) and software modules that is configured to perform actions, including but not limited to, change of lane, applying brakes, and increasing and decreasing the speed of the vehicle upon detection of objects in the vehicle's path.<br>Further, the context detection module activates a classification (such as execution of the software module) by the software module 1 ("classifier") assigned to Group 1 ("first sensor group") (that is assigned to the steering, braking and speed sensors) to enable steering, control speed, and braking of the vehicle (when, for example, the vehicle is started) and hence govern the position of the vehicle relative to the surrounding environment such as the road and the surrounding vehicles ("evaluate a first context of the mobile device"). It is apparent for a person skilled in the art that in order to detect the objects surrounding a moving vehicle, the steering, braking and speed sensors will be activated first so that the vehicle is in a moving state and to allow monitoring of vehicle's speed, braking and steering. Next, the camera and radar are activated such that the movement of the vehicle is controlled based on the information (regarding any surrounding objects) received from the camera and radar. The below information primarily refers to Nissan Safety Shield 360 (or Intelligent Cruise Control, Intelligent Blind Spot Intervention and Intelligent Lane Intervention) and is applicable to 2024 Nissan Armada SL. |

| US10142791 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | <br>Source: https://www.nissanusa.com/content/dam/Nissan/us/vehicle-brochures/2024/2024-nissan-armada-brochure-en.pdf Page no: 4 of 9, last accessed on February 05, 2026 |

| US10142791 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| |  |

| US10142791 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | ## Automatic Emergency Braking w/ Pedestrian Detection <br><br> Automatic Emergency Braking with Pedestrian Detection can provide audio and visual alerts and even apply the brakes to help avoid or mitigate a collisions. [*]   <br><br> ### Rear Automatic Braking <br><br> Rear Automatic Braking watches out directly behind you for stationary items you might not see. If it detects something and you fail to stop, it can automatically engage the brakes to help avoid a rear collision or lessen the severity of an impact. [*] <br><br> Source: https://www.nissanusa.com/safety-shield.html , last accessed on February 05, 2026 |

| US10142791 | Nissan Vehicles (The accused instrumentality) |
|---|---|
|  | ## Intelligent Cruise Control<br><br>Maintains a preset distance from the vehicle ahead, reducing the driver's workload<br><br>Intelligent Cruise Control (ICC) measures the distance from the vehicle ahead and controls acceleration and deceleration to automatically maintain a suitable following distance. This distance is adjusted according to the speed of the vehicle ahead, up to the preset speed, and the ICC speed settings set by the driver. ICC reduces the driver's workload during long journeys such as expressway driving or in traffic congestion situations.<br><br>The system controls vehicle speed in order to maintain a set distance from the vehicle ahead. Manual accelerator pedal operation is reduced in high speed driving or in traffic congestion, making the journey much easier for the driver.<br><br>### System operation |

| US10142791 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | <br><br>Source: https://www.nissan-global.com/EN/INNOVATION/TECHNOLOGY/ARCHIVE/ICC/ , last accessed on February 05, 2026<br><br>## Intelligent Blind Spot Intervention (I-BSI)<br><br>Assist the driver to avoid a collision with lane changing by detecting vehicles in the blind spot |

| US10142791 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | When the system detects a vehicle driving in an adjacent lane approaching the rear of the driver's vehicle - a common blind spot area, it notifies the driver with an indicator light. If the driver then begins to change lanes, the system alerts the driver with a chime and continuously flashes the indicator light while applying slight braking force to help return the vehicle to its original lane. <br><br> Source: https://www.nissan-global.com/EN/INNOVATION/TECHNOLOGY/ARCHIVE/IBSI/ , last accessed on February 05, 2026 <br><br> # Intelligent Lane Intervention (LI) <br><br> ## Intelligent LI assists drivers to prevent lane departure <br><br> If there is a risk of leaving the driving lane*, the system alerts the driver with a sound and displays an alert on the dashboard. The system also assists the driver to avoid leaving the driving lane by applying the brakes or assists with steering. <br><br> ## How the technology works <br><br>  <br><br> Source: https://www.nissan-global.com/EN/INNOVATION/TECHNOLOGY/ARCHIVE/ILI/ , last accessed on February 05, 2026 |

| US10142791 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.4] activate a classification by a classifier assigned to a second sensor group to evaluate the first context of the mobile device after a result of the classification by the classifier assigned to the first sensor group; and | Defendant provides a context detection module configured to activate a classification by a classifier assigned to a second sensor group to evaluate the first context of the mobile device after a result of the classification by the classifier assigned to the first sensor group.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the software module 2 ("a classifier assigned to a second sensor group") for Group 2 ("second sensor group") comprising camera and radar is executed ("activate a classification") to take distance measurements of the surrounding objects and determine the position of the vehicle relative to the surrounding objects ("context of the mobile device") after the software module 1 for Group 1 comprising the steering, braking and speed sensor is executed ("after a result of the classification by the classifier assigned to the first sensor group"). It is apparent for a person skilled in the art that in order to detect the objects surrounding a moving vehicle, the steering, braking and speed sensors will be activated first so that the vehicle is in a moving state and to allow monitoring of vehicle's speed, braking and steering. Next, the camera and radar are activated such that the movement of the vehicle is controlled based on the information (regarding any surrounding objects) received from the camera and radar. The below information primarily refers to Nissan Safety Shield 360 (or Intelligent Cruise Control, Intelligent Blind Spot Intervention and Intelligent Lane Intervention) and is applicable to 2024 Nissan Armada SL.<br><br> |

| US10142791 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | Standard Nissan Safety Shield® 360 and driver assist technologies<br><br>Armada helps inspire immense confidence with its wide array of advanced safety tech and driver assist features.[1, 15]<br><br>**Safety Shield 360 includes:**<br>· Automatic Emergency Braking with Pedestrian Detection[16]<br>· Rear Automatic Braking[17]<br>· Rear Cross Traffic Alert[18]<br><br>· Blind Spot Warning[19]<br>· Lane Departure Warning[20]<br>· High Beam Assist<br><br>**Armada also comes standard with:**<br>· Intelligent Cruise Control[21]<br>· Intelligent Blind Spot Intervention[19]<br>· Intelligent Lane Intervention[20]<br><br>Source: https://www.nissanusa.com/content/dam/Nissan/us/vehicle-brochures/2024/2024-nissan-armada-brochure-en.pdf Page no: 4 of 9, last accessed on February 05, 2026 |

| US10142791 | Nissan Vehicles (The accused instrumentality) |
|---|---|
|  |  |

Cameras, radar technology and sonar work together to create Safety Shield® 360 a comprehensive system that looks in front, behind and beside the vehicle as it drives. This suite of 6 advanced safety technology features monitor around the vehicle and can step in to help keep you safe. [*]

| US10142791 | **Nissan Vehicles (The accused instrumentality)** |
|---|---|
| | ## Automatic Emergency Braking w/ Pedestrian Detection  Automatic Emergency Braking with Pedestrian Detection can provide audio and visual alerts and even apply the brakes to help avoid or mitigate a collisions. [*]  ### Rear Automatic Braking Rear Automatic Braking watches out directly behind you for stationary items you might not see. If it detects something and you fail to stop, it can automatically engage the brakes to help avoid a rear collision or lessen the severity of an impact. [*] Source: https://www.nissanusa.com/safety-shield.html , last accessed on February 05, 2026 |

| US10142791 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | ## Intelligent Cruise Control<br><br>Maintains a preset distance from the vehicle ahead, reducing the driver's workload<br><br>Intelligent Cruise Control (ICC) measures the distance from the vehicle ahead and controls acceleration and deceleration to automatically maintain a suitable following distance. This distance is adjusted according to the speed of the vehicle ahead, up to the preset speed, and the ICC speed settings set by the driver. ICC reduces the driver's workload during long journeys such as expressway driving or in traffic congestion situations.<br><br>The system controls vehicle speed in order to maintain a set distance from the vehicle ahead. Manual accelerator pedal operation is reduced in high speed driving or in traffic congestion, making the journey much easier for the driver.<br><br>## System operation |

| US10142791 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | <br><br>Source: https://www.nissan-global.com/EN/INNOVATION/TECHNOLOGY/ARCHIVE/ICC/ , last accessed on February 05, 2026<br><br>## Intelligent Blind Spot Intervention (I-BSI)<br><br>Assist the driver to avoid a collision with lane changing by detecting vehicles in the blind spot |

| US10142791 | **Nissan Vehicles (The accused instrumentality)** |
|---|---|
| | When the system detects a vehicle driving in an adjacent lane approaching the rear of the driver's vehicle - a common blind spot area, it notifies the driver with an indicator light. If the driver then begins to change lanes, the system alerts the driver with a chime and continuously flashes the indicator light while applying slight braking force to help return the vehicle to its original lane.<br><br>Source: https://www.nissan-global.com/EN/INNOVATION/TECHNOLOGY/ARCHIVE/IBSI/ , last accessed on February 05, 2026<br><br># Intelligent Lane Intervention (LI)<br><br>## Intelligent LI assists drivers to prevent lane departure<br><br>If there is a risk of leaving the driving lane*, the system alerts the driver with a sound and displays an alert on the dashboard. The system also assists the driver to avoid leaving the driving lane by applying the brakes or assists with steering.<br><br>## How the technology works<br><br><br><br>Source: https://www.nissan-global.com/EN/INNOVATION/TECHNOLOGY/ARCHIVE/ILI/ , last accessed on February 05, 2026 |

| US10142791 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.5] adapt a configuration of the classifier assigned to the first sensor group based, at least in part, on a result of the classification by the classifier assigned to the second sensor group. | Defendant provides a context detection module configured to adapt a configuration of the classifier assigned to the first sensor group based, at least in part, on a result of the classification by the classifier assigned to the second sensor group.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the configuration (including but not limited to the software variables used in the software module) of the software module 1 ("classifier assigned to first sensor group") assigned to steering, braking and speed sensors is adapted/modified based on the software module 2 ("classifier assigned to the second sensor group") assigned to the camera and radar. The camera processes the image and the radar detects and calculates the distance of the objects surrounding the moving vehicle. The information collected from camera and radar teaches the steering sensor, braking sensor, speed sensor and the classifier assigned to first sensor group to control the motion of the moving car.<br><br>For example, as a part of Nissan Safety Shield 360, upon detection of any hazard or car nearby, the camera and radar teach the steering sensor and the corresponding classifier to automatically change lane and/or adjust the vehicle's position within the lane. The camera and radar, as a part of dynamic radar cruise control feature, teach the speed sensor, the brake sensor and the corresponding classifier to increase and/or decrease the vehicle speed to maintain the necessary distance from the vehicle in front of 2024 Nissan Armada SL.  The below information primarily refers to Nissan Safety Shield 360 (or Intelligent Cruise Control, Intelligent Blind Spot Intervention and Intelligent Lane Intervention) and is applicable to 2024 Nissan Armada SL.<br><br> |

| US10142791 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | 

Standard Nissan Safety Shield® 360 and driver assist technologies

Armada helps inspire immense confidence with its wide array of advanced safety tech and driver assist features.[1, 15]

**Safety Shield 360 includes:**
· Automatic Emergency Braking with Pedestrian Detection[16]
· Rear Automatic Braking[17]
· Rear Cross Traffic Alert[18]

· Blind Spot Warning[19]
· Lane Departure Warning[20]
· High Beam Assist

**Armada also comes standard with:**
· Intelligent Cruise Control[21]
· Intelligent Blind Spot Intervention[19]
· Intelligent Lane Intervention[20]

Source: https://www.nissanusa.com/content/dam/Nissan/us/vehicle-brochures/2024/2024-nissan-armada-brochure-en.pdf Page no: 4 of 9, last accessed on February 05, 2026 |

| US10142791 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| |  |



**SAFETY SHIELD 360**

Nissan USA

**All-around protection**

# Nissan Safety Shield® 360 [*]

Imagine being surrounded by confidence on every drive

**Build & Price Vehicles with Safety Shield 360** ›

Cameras, radar technology and sonar work together to create Safety Shield® 360 a comprehensive system that looks in front, behind and beside the vehicle as it drives. This suite of 6 advanced safety technology features monitor around the vehicle and can step in to help keep you safe. [*]

| US10142791 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | ## Automatic Emergency Braking w/ Pedestrian Detection <br><br> Automatic Emergency Braking with Pedestrian Detection can provide audio and visual alerts and even apply the brakes to help avoid or mitigate a collisions. [*] <br><br>   <br><br> ### Rear Automatic Braking <br><br> Rear Automatic Braking watches out directly behind you for stationary items you might not see. If it detects something and you fail to stop, it can automatically engage the brakes to help avoid a rear collision or lessen the severity of an impact. [*] <br><br> Source: https://www.nissanusa.com/safety-shield.html , last accessed on February 05, 2026 |

| US10142791 | Nissan Vehicles (The accused instrumentality) |
|---|---|
|  | ## Intelligent Cruise Control<br><br>Maintains a preset distance from the vehicle ahead, reducing the driver's workload<br><br>Intelligent Cruise Control (ICC) measures the distance from the vehicle ahead and controls acceleration and deceleration to automatically maintain a suitable following distance. This distance is adjusted according to the speed of the vehicle ahead, up to the preset speed, and the ICC speed settings set by the driver. ICC reduces the driver's workload during long journeys such as expressway driving or in traffic congestion situations.<br><br>The system controls vehicle speed in order to maintain a set distance from the vehicle ahead. Manual accelerator pedal operation is reduced in high speed driving or in traffic congestion, making the journey much easier for the driver.<br><br>### System operation |

| US10142791 | **Nissan Vehicles (The accused instrumentality)** |
|---|---|
| | <br><br>Source: https://www.nissan-global.com/EN/INNOVATION/TECHNOLOGY/ARCHIVE/ICC/ , last accessed on February 05, 2026<br><br>## Intelligent Blind Spot Intervention (I-BSI)<br><br>Assist the driver to avoid a collision with lane changing by detecting vehicles in the blind spot |

| US10142791 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | When the system detects a vehicle driving in an adjacent lane approaching the rear of the driver's vehicle - a common blind spot area, it notifies the driver with an indicator light. If the driver then begins to change lanes, the system alerts the driver with a chime and continuously flashes the indicator light while applying slight braking force to help return the vehicle to its original lane.<br><br>Source: https://www.nissan-global.com/EN/INNOVATION/TECHNOLOGY/ARCHIVE/IBSI/ , last accessed on February 05, 2026<br><br># Intelligent Lane Intervention (LI)<br><br>## Intelligent LI assists drivers to prevent lane departure<br><br>If there is a risk of leaving the driving lane, the system alerts the driver with a sound and displays an alert on the dashboard. The system also assists the driver to avoid leaving the driving lane by applying the brakes or assists with steering.<br><br>## How the technology works<br><br><br><br>Source: https://www.nissan-global.com/EN/INNOVATION/TECHNOLOGY/ARCHIVE/ILI/ , last accessed on February 05, 2026 |

| US10142791 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |