**EXHIBIT H**

**UNITED STATES PATENT NO. 10,142,791**
**CLAIM CHART FOR INFRINGEMENT OF CLAIM 1**

*Infringement analysis provided for any preamble should not be construed as an admission that such preamble is limiting.*

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| [1.1] A mobile device, comprising:<br><br>a plurality of sensors and a plurality of sensor groups, wherein each of the sensor groups is assigned at least one of the sensors, and wherein the sensor groups are arranged according to a hierarchy; and | To the extent the preamble is limiting, Defendant uses, sells and offers for sale used Toyota vehicles that include or comprise a mobile device, comprising a plurality of sensors and a plurality of sensor groups, wherein each of the sensor groups is assigned at least one of the sensors, and wherein the sensor groups are arranged according to a hierarchy.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant provides 2025 Toyota Grand Highlander XLE[1] ("mobile device"). 2025 Toyota Grand Highlander XLE comprises sensors including but not limited to camera, radar sensor, steering sensor, braking sensor, and speed sensor ("plurality of sensors") such that each sensor forms a part of separate sensor group for different functioning ("plurality of sensor groups"). As an example, the steering sensor, braking sensor and speed sensor are assigned to Group 1. The camera and radar are assigned to Group 2. 2025 Toyota Grand Highlander XLE provides Safety sense 3.0 (or TSS-C, TSS-P, TSS 2.0, and TSS 2.5+ (depending upon the variant of the vehicle)) that comprises features including but not limited to Pre-Collision System with Pedestrian Detection, Dynamic Radar Cruise Control, Lane Departure Alert with Steering Assist, Lane Tracing Assist and Proactive Driving Assist.  The below information primarily refers to Safety sense 3.0 and is applicable to 2025 Toyota Grand Highlander XLE. |

---

[1]  While 2025 Toyota Grand Highlander XLE has been used as an exemplary infringing product, vehicles including but not limited to 2024 Toyota Rav4 XLE, 2023 Toyota Camry LE, 2023 Toyota Camry SE, 2023 Toyota Rav4 Hybrid Limited, 2023 Toyota Tundra SR5, 2023 Toyota 4Runner SR5 Premium, 2023 Toyota Sienna Platinum, 2023 Toyota Camry Hybrid SE, 2022 Toyota Camry TRD V6, 2022 Toyota Highlander XLE, 2022 Toyota Rav4 Limited, 2022 Toyota Corolla LE, 2022 Toyota Tundra SR5, 2021 Toyota Camry LE, 2021 Toyota Venza Limited, 2021 Toyota Rav4 Hybrid XLE, 2021 Toyota Venza XLE, 2021 Toyota Rav4 XLE Premium, 2021 Toyota Corolla LE as well as variants (be it form factor or engine options) and versions of these products have same functionality. Named features for Toyota vehicles operate the same for all vehicle models that have the same features and thus the evidence below may be from different models but are equally applicable to the exemplary product and all accused products.  The presently charted exemplary infringing product is representative for purposes of illustrating infringement of the other vehicles.

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| | For example, 2025 Toyota Grand Highlander XLE performs the following steps to control movement of the vehicle.<br><br>1. The steering sensor, braking sensor and speed sensor are activated first to measure and control at least the moving vehicle's speed, braking and steering.<br>2. Once the vehicle is moving, the camera and radar are activated to monitor the objects (including but not limited to vehicles, roads, trees) surrounding to 2025 Toyota Grand Highlander XLE.<br>3. If 2025 Toyota Grand Highlander XLE detects, using the camera and radar, that there are objects/vehicles near the 2025 Toyota Grand Highlander XLE, the speed sensor increases and/or decreases the speed of the vehicle to avoid collisions.<br>4. Further, the steering sensor steers the vehicle left and/or right to avoid any surrounding objects and to automatically change lanes and/or to keep the vehicle within the lane.<br><br>Therefore, Groups 1 and 2 are arranged according to a hierarchy since Group 1 comprising the steering sensor, braking sensor and speed sensor is activated first and Group 2 comprising the camera and radar is activated second.<br><br>**COVERT ATX** EST. 1909<br><br>**PRE-OWNED 2025 TOYOTA GRAND HIGHLANDER XLE**<br>VIN: 5TDAAAB57SS075181    STOCK: FP7522<br><br> |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| | **DESCRIPTION**<br>Toyota Safety Sense 3.0<br>The 2025 model features Toyota's most advanced safety suite as standard equipment:<br><br>Proactive Driving Assist: A new feature that provides gentle braking into curves or gentle braking and/or steering to help support driving tasks such as distance control between your vehicle and a preceding vehicle.<br><br>Pre-Collision System w/ Pedestrian Detection: Scans the road for vehicles, pedestrians, and even bicyclists, providing automatic emergency braking if you can't react in time.<br><br>Full-Speed Range Dynamic Radar Cruise Control: Perfect for the commute from Round Rock to Austin, this system can bring the vehicle to a full stop and resume speed automatically in traffic.<br><br>Source: https://www.covertchryslerdodgejeepram.com/inventory/used-2025-toyota-grand-highlander-xle-awd-sport-utility-5tdaaab57ss075181/ , last accessed on January 30, 2026<br><br>Covert Chrysler Dodge Jeep Ram (WDTX (Austin)) also sells Toyota vehicles, such as 2024 Toyota Rav4 XLE, 2023 Toyota Camry LE, 2023 Toyota Camry SE, 2023 Toyota Rav4 Hybrid Limited, 2023 Toyota Tundra SR5, 2023 Toyota 4Runner SR5 Premium, 2023 Toyota Sienna Platinum, 2023 Toyota Camry Hybrid SE, 2022 Toyota Camry TRD V6, 2022 Toyota Highlander XLE, 2022 Toyota Rav4 Limited, 2022 Toyota Corolla LE, 2022 Toyota Tundra SR5, 2021 Toyota Camry LE, 2021 Toyota Venza Limited, 2021 Toyota Rav4 Hybrid XLE, 2021 Toyota Venza XLE, 2021 Toyota Rav4 XLE Premium, 2021 Toyota Corolla LE and versions of these products have same functionality. These models feature Safety sense 3.0 (or TSS-C, TSS-P, TSS 2.0, and TSS 2.5+) that comprises features including but not limited Pre-Collision System with Pedestrian Detection, Dynamic Radar Cruise Control, Lane Departure Alert with Steering Assist, Lane Tracing Assist and Proactive Driving Assist: - |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| |  **PRE-OWNED 2024 TOYOTA RAV4 XLE** VIN: 2T3W1RFV6RC274909  STOCK: 260782A <br><br> ## DESCRIPTION <br><br> Safety remains Toyota's top priority, and this 2024 model comes standard with the advanced Toyota Safety Sense 2.5 suite. You are protected by a comprehensive shield of technology, including a Pre-Collision System with Pedestrian Detection, Full-Speed Range Dynamic Radar Cruise Control, and Lane Tracing Assist. With Road Sign Assist, Automatic High Beams, and the added peace of mind of Blind Spot Monitor with Rear Cross-Traffic Alert, the RAV4 works tirelessly to keep you and your passengers secure. This is more than just a compact SUV; it is a meticulously maintained, one-owner investment in safety and longevity. <br><br> Source: https://www.covertchryslerdodgejeepram.com/inventory/used-2024-toyota-rav4-xle-fwd-4d-sport-utility-2t3w1rfv6rc274909/ , last accessed on January 30, 2026 |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| |  |

Within the image:

**PRE-OWNED 2023 TOYOTA CAMRY LE**
VIN: 4T1C11AK9PU089548    STOCK: AP2180

## DESCRIPTION

Drive with absolute peace of mind thanks to the standard Toyota Safety Sense 2.5+ (TSS 2.5+) suite. This comprehensive system includes Pre-Collision System with Pedestrian Detection (Automatic Emergency Braking and Forward Collision Warning), Lane Departure Alert with Steering Assist (Lane Keep Assist), Full-Speed Range Dynamic Radar Cruise Control (Adaptive Cruise Control), and Auto High-beam Headlights. Sharp 7.5J x 17" Alloy Wheels complete the contemporary, dependable package.

Source: https://www.covertchryslerdodgejeepram.com/inventory/used-2023-toyota-camry-le-fwd-4d-sedan-4t1c11ak9pu089548/ , last accessed on January 30, 2026

**PRE-OWNED 2023 TOYOTA CAMRY SE**
VIN: 4T1T11AK1PU824099    STOCK: DP1522

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| |  |

| US10142791 | Toyota Vehicles (The accused instrumentality) | | | |
|---|---|---|---|---|
| | **VEHICLE** | **2023  TSS 2.5+** | **FITMENT/AVAILABILITY** | **MODEL NUMBERS** |
| | **2023 Camry** | **TSS 2.5+**<br>• Pre-Collision System with Pedestrian Detection (PCS w/PD)<br>• Lane Departure Alert with Steering Assist (LDA w/SA)<br>• Lane Tracing Assist (LTA)<br>• Auto High Beams (AHB)<br>• Full-Speed Range Dynamic Radar Cruise Control (DRCC)<br>• Road Sign Assist (RSA) | Standard | 2517 - XLE AWD<br>2518 - XSE AWD<br>2540 - XLE<br>2548 - XSE<br>2549 - TRD<br>2550 - XSE V6<br>2554 - XSE V6 |
| | **2023 Camry Hybrid** | | Standard | All Model Numbers |
| | **2023 Highlander & Highlander Hybrid** | | Standard | All Model Numbers |
| | **2023 RAV4 Prime** | | Standard | All Model Numbers |
| | **2023 Venza** | | Standard | All Model Numbers |
| | **2023 Camry** | **TSS 2.5+**<br>• Pre-Collision System with Pedestrian Detection (PCS w/PD)<br>• Lane Departure Alert with Steering Assist (LDA w/SA)<br>• Lane Tracing Assist (LTA)<br>• Auto High Beams (AHB)<br>• Dynamic Radar Cruise Control (DRCC)<br>• Road Sign Assist (RSA) | Standard<br>NOTE: These models are not equipped with an electronic parking brake, which is required for Full-Speed Range DRCC. | 2515 - LE AWD<br>2516 - SE AWD<br>2519 - Nightshade AWD<br>2532 - LE<br>2536 - Nightshade<br>2546 - SE |

Source: https://staging.engage.toyota.com/static/images/toyota_safety_sense/TSS_Applicability_Chart.pdf  Page 2 of 7 , last accessed on January 30, 2026

**PRE-OWNED 2023 TOYOTA RAV4 HYBRID LIMITED**
VIN: 4T3D6RFV3PU126821    STOCK: J21934A

7

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| | <br><br>Source: https://www.covertchryslerdodgejeepram.com/inventory/used-2023-toyota-rav4-hybrid-limited-awd-4d-sport-utility-4t3d6rfv3pu126821/ , last accessed on January 30, 2026<br><br><br><br>Source: https://staging.engage.toyota.com/static/images/toyota_safety_sense/TSS_Applicability_Chart.pdf  Page 1 of 7 , last accessed on January 30, 2026<br><br> |

**Toyota Safety Sense™ (TSS) Applicability Chart**

Chart shows which vehicles and grades feature TSS.
Vehicles NOT listed are not equipped or available with TSS.

| VEHICLE | 2023  TSS 2.5 | FITMENT/AVAILABILITY | MODEL NUMBERS |
|---|---|---|---|
| 2023 RAV4 & RAV4 Hybrid | TSS 2.5<br>• Pre-Collision System with Pedestrian Detection (PCS w/PD)<br>• Lane Departure Alert with Steering Assist (LDA w/SA) | Standard | All Model Numbers |
| 2023 Sequoia | • Lane Tracing Assist (LTA)<br>• Auto High Beams (AHB) | Standard | All Model Numbers |
| 2023 Tundra | • Full-Speed Range Dynamic Radar Cruise Control (DRCC)<br>• Road Sign Assist (RSA) | Standard | All Model Numbers |

**PRE-OWNED 2023 TOYOTA TUNDRA SR5**
VIN: 5TFLA5EC3PX011067    STOCK: J21890B

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| | ![truck image] Source: https://www.covertchryslerdodgejeepram.com/inventory/used-2023-toyota-tundra-sr5-4wd-4d-crewmax-5tfla5ec3px011067/ , last accessed on January 30, 2026 |

 

### Toyota Safety Sense™ (TSS) Applicability Chart

Chart shows which vehicles and grades feature TSS.
Vehicles NOT listed are not equipped or available with TSS.

| VEHICLE | 2023 TSS 2.5 | FITMENT/AVAILABILITY | MODEL NUMBERS |
|---|---|---|---|
| 2023 RAV4 & RAV4 Hybrid | TSS 2.5 | Standard | All Model Numbers |
| 2023 Sequoia | • Pre-Collision System with Pedestrian Detection (PCS w/PD)<br>• Lane Departure Alert with Steering Assist (LDA w/SA)<br>• Lane Tracing Assist (LTA)<br>• Auto High Beams (AHB) | Standard | All Model Numbers |
| 2023 Tundra | • Full-Speed Range Dynamic Radar Cruise Control (DRCC)<br>• Road Sign Assist (RSA) | Standard | All Model Numbers |

Source: https://staging.engage.toyota.com/static/images/toyota_safety_sense/TSS_Applicability_Chart.pdf  Page 1 of 7 , last accessed on January 30, 2026

**PRE-OWNED 2023 TOYOTA 4RUNNER SR5 PREMIUM**
VIN: JTEFU5JR0P5293318    STOCK: P04748

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| | <br><br>Source:  https://www.covertchryslerdodgejeepram.com/inventory/used-2023-toyota-4runner-sr5-premium-rwd-4d-sport-utility-jtefu5jr0p5293318/ , last accessed on January 30, 2026<br><br>**Toyota Safety Sense™ (TSS) Applicability Chart**<br>Chart shows which vehicles and grades feature TSS.<br>Vehicles NOT listed are not equipped or available with TSS.<br><br><table><tr><th>VEHICLE</th><th>2023  TSS-P</th><th>FITMENT/AVAILABILITY</th><th>MODEL NUMBERS</th></tr><tr><td>2023 Tacoma</td><td rowspan="2">**TSS-P**<br>• Pre-Collision System with Pedestrian Detection (PCS w/PD)<br>• Lane Departure Alert (LDA)<br>• Auto High Beams (AHB)<br>• Dynamic Radar Cruise Control (DRCC)</td><td>Standard</td><td>All Model Numbers</td></tr><tr><td>2023 4Runner</td><td>Standard</td><td>All Model Numbers</td></tr></table><br>Source: https://staging.engage.toyota.com/static/images/toyota_safety_sense/TSS_Applicability_Chart.pdf  Page 1 of 7 , last accessed on January 30, 2026<br><br>**PRE-OWNED 2O23 TOYOTA SIENNA PLATINUM**<br>VIN: 5TDERKEC9PS170424    STOCK: R154850A |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| | <br><br>Source:  https://www.covertchryslerdodgejeepram.com/inventory/used-2023-toyota-sienna-platinum-fwd-4d-passenger-van-5tderkec9ps170424/ , last accessed on January 30, 2026<br><br><br><br>Source: https://staging.engage.toyota.com/static/images/toyota_safety_sense/TSS_Applicability_Chart.pdf  Page 1 of 7<br>, last accessed on January 30, 2026<br><br>**PRE-OWNED 2023 TOYOTA CAMRY HYBRID SE**<br>VIN: 4T1G31AK0PU614475     STOCK: AP2083 |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| |  |

Within the cell:

Source: https://www.covertchryslerdodgejeepram.com/inventory/used-2023-toyota-camry-hybrid-se-fwd-4d-sedan-4t1g31ak0pu614475/ , last accessed on January 30, 2026

**Toyota Safety Sense™ (TSS) Applicability Chart**

Chart shows which vehicles and grades feature TSS.
Vehicles NOT listed are not equipped or available with TSS.

| US10142791 | Toyota Vehicles (The accused instrumentality) | | | |
|---|---|---|---|---|
| | **VEHICLE** | **2023 TSS 2.5+** | **FITMENT/AVAILABILITY** | **MODEL NUMBERS** |
| | 2023 Camry | **TSS 2.5+**<br>• Pre-Collision System with Pedestrian Detection (PCS w/PD)<br>• Lane Departure Alert with Steering Assist (LDA w/SA)<br>• Lane Tracing Assist (LTA)<br>• Auto High Beams (AHB)<br>• Full-Speed Range Dynamic Radar Cruise Control (DRCC)<br>• Road Sign Assist (RSA) | Standard | 2517 - XLE AWD<br>2518 - XSE AWD<br>2540 - XLE<br>2548 - XSE<br>2549 - TRD<br>2550 - XSE V6<br>2554 - XSE V6 |
| | 2023 Camry Hybrid | | Standard | All Model Numbers |
| | 2023 Highlander &<br>Highlander Hybrid | | Standard | All Model Numbers |
| | 2023 RAV4 Prime | | Standard | All Model Numbers |
| | 2023 Venza | | Standard | All Model Numbers |
| | 2023 Camry | **TSS 2.5+**<br>• Pre-Collision System with Pedestrian Detection (PCS w/PD)<br>• Lane Departure Alert with Steering Assist (LDA w/SA)<br>• Lane Tracing Assist (LTA)<br>• Auto High Beams (AHB)<br>• Dynamic Radar Cruise Control (DRCC)<br>• Road Sign Assist (RSA) | Standard<br>NOTE: These models are not equipped<br>with an electronic parking brake, which is<br>required for Full-Speed Range DRCC. | 2515 - LE AWD<br>2516 - SE AWD<br>2519 - Nightshade AWD<br>2532 - LE<br>2536 - Nightshade<br>2546 - SE |

Source: https://staging.engage.toyota.com/static/images/toyota_safety_sense/TSS_Applicability_Chart.pdf Page 1 of 7
, last accessed on January 30, 2026



PRE–OWNED 2022 TOYOTA CAMRY TRD V6
VIN: 4T1KZ2AK2NU065965    STOCK: B251877B

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| | **DESCRIPTION**<br><br>Toyota Safety Sense 2.5+: Includes Full-Speed Dynamic Radar Cruise Control, Pre-Collision System with Pedestrian Detection, and Lane Departure Alert with Steering Assist.<br><br>Source: https://www.covertchryslerdodgejeepram.com/inventory/used-2022-toyota-camry-trd-v6-fwd-4d-sedan-4t1kz1ak2nu065965/ , last accessed on January 30, 2026<br><br>**PRE-OWNED 2022 TOYOTA HIGHLANDER XLE**<br>VIN: 5TDGZRAH2NS115930    STOCK: 260766B<br><br><br><br>**DESCRIPTION**<br><br>Safety is where the Highlander truly shines, coming standard with the Toyota Safety Sense 2.5+ suite. This includes Pre-Collision System with Pedestrian Detection, Full-Speed Range Dynamic Radar Cruise Control, Lane Departure Alert with Steering Assist, and Auto High-beam Headlights. Additional peace of mind comes from Blind Spot Monitoring with Rear Cross-Traffic Alert and an Exterior Parking Camera. With a Power Liftgate for easy loading and stylish 18" Machined-Finish Alloy Wheels, this Highlander is as practical as it is handsome. |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| | Source: https://www.covertchryslerdodgejeepram.com/inventory/used-2022-toyota-highlander-xle-fwd-4d-sport-utility-5tdgzrah2ns115930/ , last accessed on January 30, 2026 <br><br> **PRE-OWNED 2022 TOYOTA RAV4 LIMITED** <br> VIN: 2T3Y1RFV1NC187793    STOCK: DP1500 <br><br>  <br><br> **DESCRIPTION** <br><br> Indulge in the premium features that set the RAV4 Limited apart. Relax in the heated, leather-trimmed seats, enjoy the convenience of the power liftgate and moonroof, and stay connected with the state-of-the-art infotainment system featuring Apple CarPlay and Android Auto. The advanced safety technologies, including the Blind Spot Monitor, Rear Cross-Traffic Alert, and Toyota Safety Sense 2.0, provide added peace of mind on the road. <br><br> Source: https://www.covertchryslerdodgejeepram.com/inventory/used-2023-toyota-rav4-hybrid-limited-awd-4d-sport-utility-4t3d6rfv3pu126821/ , last accessed on January 30, 2026 |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| |  |

**Toyota Safety Sense™ (TSS) Applicability Chart**

Chart shows which vehicles and grades feature TSS.
Vehicles NOT listed are not equipped or available with TSS.

| VEHICLE | 2022 TSS 2.0 | FITMENT/AVAILABILITY | MODEL NUMBERS |
|---|---|---|---|
| 2022 Corolla (CVT) | **TSS 2.0**<br>• Pre-Collision System with Pedestrian Detection (PCS w/PD)<br>• Lane Departure Alert with Steering Assist (LDA w/SA)<br>• Lane Tracing Assist (LTA)<br>• Auto High Beams (AHB)<br>• Full-Speed Range Dynamic Radar Cruise Control (DRCC)<br>• Road Sign Assist (RSA) | Standard | 1852 - LE CVT<br>1856 - XLE CVT<br>1858 - SE CVT Apex<br>1860 - XSE CVT Apex<br>1864 - SE CVT<br>1866 - XSE CVT<br>1868 - Nightshade CVT |
| 2022 Corolla Hybrid | | Standard | All Model Numbers |
| 2022 Corolla Hatchback | | Standard | 6272 - SE CVT<br>6274 - XSE CVT<br>6276 - Nightshade |
| 2022 Corolla Cross | | Standard | All Model Numbers |
| 2022 Prius | | Standard | All Model Numbers |
| 2022 Prius Prime | | Standard | All Model Numbers |
| 2022 RAV4 & RAV4 Hybrid | | Standard | All Model Numbers |
| 2022 RAV4 Prime | | Standard | All Model Numbers |
| 2022 Sienna | | Standard | All Model Numbers |
| 2022 Venza | | Standard | All Model Numbers |

Source: https://staging.engage.toyota.com/static/images/toyota_safety_sense/TSS_Applicability_Chart.pdf Page 2 of 7 , last accessed on January 30, 2026

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| |  |

| US10142791 | Toyota Vehicles (The accused instrumentality) | | | |
|---|---|---|---|---|
| | **VEHICLE** | **2022 TSS 2.0** | **FITMENT/AVAILABILITY** | **MODEL NUMBERS** |
| | 2022 Corolla (CVT) | TSS 2.0<br>• Pre-Collision System with Pedestrian Detection (PCS w/PD)<br>• Lane Departure Alert with Steering Assist (LDA w/SA)<br>• Lane Tracing Assist (LTA)<br>• Auto High Beams (AHB)<br>• Full-Speed Range Dynamic Radar Cruise Control (DRCC)<br>• Road Sign Assist (RSA) | Standard | 1852 - LE CVT<br>1856 - XLE CVT<br>1858 - SE CVT Apex<br>1860 - XSE CVT Apex<br>1864 - SE CVT<br>1866 - XSE CVT<br>1868 - Nightshade CVT |
| | 2022 Corolla Hybrid | | Standard | All Model Numbers |
| | 2022 Corolla Hatchback | | Standard | 6272 - SE CVT<br>6274 - XSE CVT<br>6276 - Nightshade |
| | 2022 Corolla Cross | | Standard | All Model Numbers |
| | 2022 Prius | | Standard | All Model Numbers |
| | 2022 Prius Prime | | Standard | All Model Numbers |
| | 2022 RAV4 & RAV4 Hybrid | | Standard | All Model Numbers |
| | 2022 RAV4 Prime | | Standard | All Model Numbers |
| | 2022 Sienna | | Standard | All Model Numbers |
| | 2022 Venza | | Standard | All Model Numbers |

Source: https://staging.engage.toyota.com/static/images/toyota_safety_sense/TSS_Applicability_Chart.pdf  Page 2 of 7 , last accessed on January 30, 2026

**PRE-OWNED 2022 TOYOTA TUNDRA SR5**
VIN: 5TFLA5AB3NX006185    STOCK: R184354B

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
|  |  |

Source: https://www.covertchryslerdodgejeepram.com/inventory/used-2022-toyota-tundra-sr5-rwd-4d-crewmax-5tfla5ab3nx006185/ , last accessed on January 30, 2026

### Toyota Safety Sense™ (TSS) Applicability Chart

Chart shows which vehicles and grades feature TSS.
Vehicles NOT listed are not equipped or available with TSS.

| VEHICLE | 2022  TSS 2.5 | FITMENT/AVAILABILITY | MODEL NUMBERS |
|---|---|---|---|
| 2022 C-HR | **TSS 2.5**<br>• Pre-Collision System with Pedestrian Detection (PCS w/PD)<br>• Lane Departure Alert with Steering Assist (LDA w/SA)<br>• Lane Tracing Assist (LTA) | Standard | All Model Numbers |
| 2022 Tundra | • Auto High Beams (AHB)<br>• Full-Speed Range Dynamic Radar Cruise Control (DRCC)<br>• Road Sign Assist (RSA) | Standard | All Model Numbers |

Source: https://staging.engage.toyota.com/static/images/toyota_safety_sense/TSS_Applicability_Chart.pdf  Page 2 of 7 , last accessed on January 30, 2026

**PRE-OWNED 2O21 TOYOTA CAMRY LE**
VIN: 4T1C11AK9MU464348    STOCK: AP2178

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| |  **DESCRIPTION** Safety is non-negotiable, and this 2021 Camry comes standard with Toyota Safety Sense 2.5+ (TSS 2.5+), one of the industry's most advanced safety suites. This system includes Pre-Collision System with Pedestrian Detection (featuring Automatic Emergency Braking and Forward Collision Warning), Lane Departure Alert with Steering Assist (Lane Keep Assist), Full-Speed Range Dynamic Radar Cruise Control, and Auto High-beam Headlights. Seamless connectivity is provided by Apple CarPlay/Android Auto, keeping you linked to your favorite apps and navigation on the go. Source: https://www.covertchryslerdodgejeepram.com/inventory/used-2021-toyota-camry-le-fwd-4d-sedan-4t1c11ak9mu464348/ , last accessed on January 30, 2026 **PRE-OWNED 2021 TOYOTA VENZA LIMITED** VIN: JTEAAAAH3MJ077095    STOCK: DP1420A |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
|  | <br><br>Source:  https://www.covertchryslerdodgejeepram.com/inventory/used-2021-toyota-venza-limited-awd-4d-sport-utility-jteaaaah3mj077095/ , last accessed on January 30, 2026 |

| US10142791 | Toyota Vehicles (The accused instrumentality) | | | |
|---|---|---|---|---|
| | **VEHICLE** | **2021  TSS 2.0** | **FITMENT/AVAILABILITY** | **MODEL NUMBERS** |
| | 2021 Corolla (CVT) | **TSS 2.0**<br>• Pre-Collision System with Pedestrian Detection (PCS w/PD)<br>• Lane Departure Alert with Steering Assist (LDA w/SA)<br>• Lane Tracing Assist (LTA)<br>• Auto High Beams (AHB)<br>• Full-Speed Range Dynamic Radar Cruise Control (DRCC)<br>• Road Sign Assist (RSA) | Standard | 1852 - LE CVT<br>1856 - XLE CVT<br>1858 - SE CVT Apex<br>1860 - XSE CVT Apex<br>1864 - SE CVT<br>1866 - XSE CVT<br>1868 - Nightshade CVT |
| | 2021 Corolla Hybrid | | Standard | All Model Numbers |
| | 2021 Corolla Hatchback | | Standard | 6272 - SE CVT<br>6274 - XSE CVT<br>6276 - Nightshade |
| | 2021 Prius | | Standard | All Model Numbers |
| | 2021 Prius Prime | | Standard | All Model Numbers |
| | 2021 RAV4 &<br>RAV4 Hybrid | | Standard | All Model Numbers |
| | 2021 RAV4 Prime | | Standard | All Model Numbers |
| | 2021 Venza | | Standard | All Model Numbers |
| | 2021 Sienna | | Standard | All Model Numbers |

Source: https://staging.engage.toyota.com/static/images/toyota_safety_sense/TSS_Applicability_Chart.pdf  Page 3 of 7, last accessed on January 30, 2026

**PRE–OWNED 2O21 TOYOTA RAV4 HYBRID XLE**
VIN: 4T3R6RFV4MU029189    STOCK: P04743

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| | <br><br>Source:  https://www.covertchryslerdodgejeepram.com/inventory/used-2021-toyota-rav4-hybrid-xle-awd-4d-sport-utility-4t3r6rfv4mu029189/ , last accessed on January 30, 2026 |

| US10142791 | Toyota Vehicles (The accused instrumentality) | | | |
|---|---|---|---|---|
| | **VEHICLE** | **2021 TSS 2.0** | **FITMENT/AVAILABILITY** | **MODEL NUMBERS** |
| | 2021 Corolla (CVT) | **TSS 2.0**<br>• Pre-Collision System with Pedestrian Detection (PCS w/PD)<br>• Lane Departure Alert with Steering Assist (LDA w/SA)<br>• Lane Tracing Assist (LTA)<br>• Auto High Beams (AHB)<br>• Full-Speed Range Dynamic Radar Cruise Control (DRCC)<br>• Road Sign Assist (RSA) | Standard | 1852 - LE CVT<br>1856 - XLE CVT<br>1858 - SE CVT Apex<br>1860 - XSE CVT Apex<br>1864 - SE CVT<br>1866 - XSE CVT<br>1868 - Nightshade CVT |
| | 2021 Corolla Hybrid | | Standard | All Model Numbers |
| | 2021 Corolla Hatchback | | Standard | 6272 - SE CVT<br>6274 - XSE CVT<br>6276 - Nightshade |
| | 2021 Prius | | Standard | All Model Numbers |
| | 2021 Prius Prime | | Standard | All Model Numbers |
| | 2021 RAV4 &<br>RAV4 Hybrid | | Standard | All Model Numbers |
| | 2021 RAV4 Prime | | Standard | All Model Numbers |
| | 2021 Venza | | Standard | All Model Numbers |
| | 2021 Sienna | | Standard | All Model Numbers |

Source: https://staging.engage.toyota.com/static/images/toyota_safety_sense/TSS_Applicability_Chart.pdf  Page 3 of 7 , last accessed on January 30, 2026

**PRE-OWNED 2021 TOYOTA VENZA XLE**
VIN: JTEAAAAH1MJ062059    STOCK: P04773

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| | <br><br>Source:  https://www.covertchryslerdodgejeepram.com/inventory/used-2021-toyota-venza-xle-awd-4d-sport-utility-jteaaaah1mj062059/ , last accessed on January 30, 2026<br><br>**Toyota Safety Sense™ (TSS) Applicability Chart**<br>Chart shows which vehicles and grades feature TSS.<br>Vehicles NOT listed are not equipped or available with TSS. |

| US10142791 | Toyota Vehicles (The accused instrumentality) | | | |
|---|---|---|---|---|
| | **VEHICLE** | **2021  TSS 2.0** | **FITMENT/AVAILABILITY** | **MODEL NUMBERS** |
| | 2021 Corolla (CVT) | **TSS 2.0**<br>• Pre-Collision System with Pedestrian Detection (PCS w/PD)<br>• Lane Departure Alert with Steering Assist (LDA w/SA)<br>• Lane Tracing Assist (LTA)<br>• Auto High Beams (AHB)<br>• Full-Speed Range Dynamic Radar Cruise Control (DRCC)<br>• Road Sign Assist (RSA) | Standard | 1852 - LE CVT<br>1856 - XLE CVT<br>1858 - SE CVT Apex<br>1860 - XSE CVT Apex<br>1864 - SE CVT<br>1866 - XSE CVT<br>1868 - Nightshade CVT |
| | 2021 Corolla Hybrid | | Standard | All Model Numbers |
| | 2021 Corolla Hatchback | | Standard | 6272 - SE CVT<br>6274 - XSE CVT<br>6276 - Nightshade |
| | 2021 Prius | | Standard | All Model Numbers |
| | 2021 Prius Prime | | Standard | All Model Numbers |
| | 2021 RAV4 &<br>RAV4 Hybrid | | Standard | All Model Numbers |
| | 2021 RAV4 Prime | | Standard | All Model Numbers |
| | 2021 Venza | | Standard | All Model Numbers |
| | 2021 Sienna | | Standard | All Model Numbers |

Source: https://staging.engage.toyota.com/static/images/toyota_safety_sense/TSS_Applicability_Chart.pdf  Page 3 of 7 , last accessed on January 30, 2026

**PRE–OWNED 2O21 TOYOTA RAV4 XLE PREMIUM**
VIN: 2T3C1RFV4MC089236   STOCK: KP1111A

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
|  |  Source:  https://www.covertchryslerdodgejeepram.com/inventory/used-2021-toyota-rav4-xle-premium-fwd-4d-sport-utility-2t3c1rfv4mc089236/ , last accessed on January 30, 2026 |

| US10142791 | Toyota Vehicles (The accused instrumentality) | | | |
|---|---|---|---|---|
| | **VEHICLE** | **2021  TSS 2.0** | **FITMENT/AVAILABILITY** | **MODEL NUMBERS** |
| | 2021 Corolla (CVT) | **TSS 2.0**<br>• Pre-Collision System with Pedestrian Detection (PCS w/PD)<br>• Lane Departure Alert with Steering Assist (LDA w/SA)<br>• Lane Tracing Assist (LTA)<br>• Auto High Beams (AHB)<br>• Full-Speed Range Dynamic Radar Cruise Control (DRCC)<br>• Road Sign Assist (RSA) | Standard | 1852 - LE CVT<br>1856 - XLE CVT<br>1858 - SE CVT Apex<br>1860 - XSE CVT Apex<br>1864 - SE CVT<br>1866 - XSE CVT<br>1868 - Nightshade CVT |
| | 2021 Corolla Hybrid | | Standard | All Model Numbers |
| | 2021 Corolla Hatchback | | Standard | 6272 - SE CVT<br>6274 - XSE CVT<br>6276 - Nightshade |
| | 2021 Prius | | Standard | All Model Numbers |
| | 2021 Prius Prime | | Standard | All Model Numbers |
| | 2021 RAV4 &<br>RAV4 Hybrid | | Standard | All Model Numbers |
| | 2021 RAV4 Prime | | Standard | All Model Numbers |
| | 2021 Venza | | Standard | All Model Numbers |
| | 2021 Sienna | | Standard | All Model Numbers |

Source: https://staging.engage.toyota.com/static/images/toyota_safety_sense/TSS_Applicability_Chart.pdf  Page 3 of 7 , last accessed on January 30, 2026

**PRE-OWNED 2021 TOYOTA COROLLA LE**
VIN: JTDEPMAE7MJ189166    STOCK: KP1101A

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
|  |  |

| US10142791 | Toyota Vehicles (The accused instrumentality) | | | |
|---|---|---|---|---|
| | **VEHICLE** | **2021 TSS 2.0** | **FITMENT/AVAILABILITY** | **MODEL NUMBERS** |
| | 2021 Corolla (CVT) | **TSS 2.0**<br>• Pre-Collision System with Pedestrian Detection (PCS w/PD)<br>• Lane Departure Alert with Steering Assist (LDA w/SA)<br>• Lane Tracing Assist (LTA)<br>• Auto High Beams (AHB)<br>• Full-Speed Range Dynamic Radar Cruise Control (DRCC)<br>• Road Sign Assist (RSA) | Standard | 1852 - LE CVT<br>1856 - XLE CVT<br>1858 - SE CVT Apex<br>1860 - XSE CVT Apex<br>1864 - SE CVT<br>1866 - XSE CVT<br>1868 - Nightshade CVT |
| | 2021 Corolla Hybrid | | Standard | All Model Numbers |
| | 2021 Corolla Hatchback | | Standard | 6272 - SE CVT<br>6274 - XSE CVT<br>6276 - Nightshade |
| | 2021 Prius | | Standard | All Model Numbers |
| | 2021 Prius Prime | | Standard | All Model Numbers |
| | 2021 RAV4 &<br>RAV4 Hybrid | | Standard | All Model Numbers |
| | 2021 RAV4 Prime | | Standard | All Model Numbers |
| | 2021 Venza | | Standard | All Model Numbers |
| | 2021 Sienna | | Standard | All Model Numbers |
| | Source: https://staging.engage.toyota.com/static/images/toyota_safety_sense/TSS_Applicability_Chart.pdf  Page 3 of 7<br>, last accessed on January 30, 2026 | | | |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| | **TOYOTA SAFETY SENSE™ 3.0**  ▶ PLAY VIDEO |

**Toyota Safety Sense™,**[1] **or TSS, is a suite of active safety technologies and advanced driver assistance systems.** Toyota Safety Sense™3.0 (TSS 3.0) introduces several enhancements over the previous generation, including an upgraded forward-facing camera with higher resolution and wider angles, and an improved radar sensor for a longer and wider field of view.

As a result, these updates help enhance some of the features that make up TSS 3.0.

Additionally, this latest safety suite includes the capability of over-the-air (OTA) software updates to TSS 3.0 systems on certain vehicles that can bring future improvements and functionalities, without needing a trip to the dealer.

Source:  https://www.toyota.com/content/dam/toyota/brochures/pdf/tss/CFA_TSS_3.pdf  Page 1 of 3 , last accessed on January 30, 2026

## Toyota Safety Sense™ (TSS) Packages

Toyota Safety Sense™ comes standard with just about every new Toyota model, but different models come with different TSS packages. See which systems are included in the different TSS packages, so you know what you'll get with the vehicle you're considering:

- **Toyota Safety Sense™ C (TSS-C): Found on compact Toyota cars, this package includes Pre-Collision System, Lane Departure Alert, and Automatic High Beams.**

- Toyota Safety Sense™ P (TSS-P): Included on mid-size and large Toyota models, this package includes Pre-Collision System, Lane Departure Alert, Dynamic Radar Cruise Control, and Automatic High Beams.

- Toyota Safety Sense™ 2.0 (TSS 2.0): An advanced package included on upper-level models, TSS 2.0 includes Pre-Collision System, Full-Speed Range Dynamic Radar Cruise Control OR Dynamic Radar Cruise Control, Lane Departure Alert, Automatic High Beams, Road Sign Assist, and Lane Tracing Assist.

- Toyota Safety Sense™ 2.5/2.5+ (TSS 2.5/TSS 2.5+): These packages build off of TSS 2.0, enhancing the six system's functionalities with a high-resolution camera and millimeter-wave radar.

- Toyota Safety Sense™ 3.0 (TSS 3.0): The new-generation TSS 3.0 improves the safety systems even further with wider camera angles, improved radar sensor with a longer and wider field of view, over-the-air updates, and the addition of the Proactive Driving Assistant.

| US10142791 | **Toyota Vehicles (The accused instrumentality)** |
|---|---|
| | Source: https://www.group1toyotarivertown.com/what-is-toyota-safety-sense/ , last accessed on January 30, 2026  |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
|  | Source:  https://www.youtube.com/watch?v=iZ9H_11I-8Y&t=13s , Timestamp: [0:12], [0:17], [0:25] min of [6:16] min, last accessed on January 30, 2026<br><br>**Pre-Collision System with Pedestrian Detection**<br><br>Pre-Collision System with Pedestrian Detection (PCS w/PD) [*] is designed to help detect a vehicle, pedestrian, bicyclist, or motorcyclist and provide an audio/visual forward-collision warning under certain circumstances. If you don't react, the system is designed to provide automatic emergency braking.<br><br>**Dynamic Radar Cruise Control**<br><br>Intended for highway use, Dynamic Radar Cruise Control (DRCC) [*] and available Full-Speed Range DRCC, [*] is an adaptive cruise control system that is designed to be set at speeds above 20 mph and uses vehicle-to-vehicle distance control to help maintain a preset distance from the vehicle ahead of you.<br><br>**Lane Departure Alert with Steering Assist**<br><br>When white/yellow lane markings or certain road-edge boundary lines are detected at speeds above 30 mph, Lane Departure Alert with Steering Assist (LDA w/SA) [*] is designed to issue an audio/visual lane departure warning if an inadvertent lane departure is detected. If the driver does not take corrective action, the system is also designed to provide gentle corrective steering for lane-keeping assistance. |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| | **Lane Tracing Assist**<br><br>When Dynamic Radar Cruise Control (DRCC) or available Full-Speed Range DRCC [*] are enabled and lane markers are detected, Lane Tracing Assist (LTA) [*] uses the lines on the road and/or preceding vehicles to provide active driving assistance and help keep the vehicle centered in its lane. While LTA is activated, the available Emergency Driving Stop System (EDSS) is designed to monitor the driver's inputs, such as steering operation. If the EDSS determines the driver is not attentive and the driver does not respond to prompts to resume control of the vehicle, it can bring the vehicle to a stop under certain conditions.<br><br>**Proactive Driving Assist**<br><br>When system operating conditions are met, using the vehicle's camera and radar, Proactive Driving Assist (PDA) [*] provides gentle braking into curves or gentle braking and/or steering to help support driving tasks such as distance control between your vehicle and a preceding vehicle, pedestrian or bicyclist.<br><br>Source: https://www.toyota.com/safety-sense/ , last accessed on January 30, 2026<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.2] a plurality of classifiers, wherein each classifier is assigned to a sensor group, and wherein each classifier is configured to | Defendant provides a plurality of classifiers, wherein each classifier is assigned to a sensor group, and wherein each classifier is configured to evaluate one or more contexts of the mobile device based on signals from one or more sensors assigned to the same sensor group as the classifier.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, 2025 Toyota Grand Highlander XLE comprises software modules ("plurality of classifiers") as a part of the operating system executing in 2025 Toyota Grand Highlander XLE that control the camera sensor, radar sensor, |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| evaluate one or more contexts of the mobile device based on signals from one or more sensors assigned to the same sensor group as the classifier; | steering sensor, braking sensor, and speed sensor. Group 1 is assigned software module (say module 1) that controls sensors, including but not limited to, steering sensor, braking sensor and speed sensor and Group 2 is assigned module (say module 2) that controls the camera and radar.<br><br>Further, the software module for each group monitors the environment to capture and process images and control the vehicle. The classifier for Group 2 (that is assigned to the camera and radar) determines the position of the vehicle with respect to the surrounding vehicles ("context") by determining at least a distance from the surrounding vehicles. The classifier for Group 1 (that is assigned to the steering, braking and speed sensors) helps in controlling the vehicle by steering the vehicle, applying brakes, and controlling the speed of the vehicle (that depict the position of the vehicle relative to the surrounding environment such as the road and the surrounding vehicles) ("context"). The below information primarily refers to Toyota Safety Sense 3.0 and is applicable to 2025 Toyota Grand Highlander XLE.<br><br>**TOYOTA SAFETY SENSE™ 3.0** ▷ PLAY VIDEO<br><br>**Toyota Safety Sense™,¹ or TSS, is a suite of active safety technologies and advanced driver assistance systems.** Toyota Safety Sense™3.0 (TSS 3.0) introduces several enhancements over the previous generation, including an upgraded forward-facing camera with higher resolution and wider angles, and an improved radar sensor for a longer and wider field of view.<br><br>As a result, these updates help enhance some of the features that make up TSS 3.0.<br><br>Additionally, this latest safety suite includes the capability of over-the-air (OTA) software updates to TSS 3.0 systems on certain vehicles that can bring future improvements and functionalities, without needing a trip to the dealer.<br><br>Source:  https://www.toyota.com/content/dam/toyota/brochures/pdf/tss/CFA_TSS_3.pdf  Page 1 of 3 , last accessed on January 30, 2026 |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| |  |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| | Source: https://www.youtube.com/watch?v=iZ9H_11I-8Y&t=13s , Timestamp: [0:12], [0:17], [0:25] min of [6:16] min, last accessed on January 30, 2026 <br><br> **Pre-Collision System with Pedestrian Detection** <br><br> Pre-Collision System with Pedestrian Detection (PCS w/PD) [*] is designed to help detect a vehicle, pedestrian, bicyclist, or motorcyclist and provide an audio/visual forward-collision warning under certain circumstances. If you don't react, the system is designed to provide automatic emergency braking. <br><br> **Dynamic Radar Cruise Control** <br><br> Intended for highway use, Dynamic Radar Cruise Control (DRCC) [*] and available Full-Speed Range DRCC, [*] is an adaptive cruise control system that is designed to be set at speeds above 20 mph and uses vehicle-to-vehicle distance control to help maintain a preset distance from the vehicle ahead of you. <br><br> **Lane Departure Alert with Steering Assist** <br><br> When white/yellow lane markings or certain road-edge boundary lines are detected at speeds above 30 mph, Lane Departure Alert with Steering Assist (LDA w/SA) [*] is designed to issue an audio/visual lane departure warning if an inadvertent lane departure is detected. If the driver does not take corrective action, the system is also designed to provide gentle corrective steering for lane-keeping assistance. |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| | **Lane Tracing Assist**<br><br>When Dynamic Radar Cruise Control (DRCC) or available Full-Speed Range DRCC [*] are enabled and lane markers are detected, Lane Tracing Assist (LTA) [*] uses the lines on the road and/or preceding vehicles to provide active driving assistance and help keep the vehicle centered in its lane. While LTA is activated, the available Emergency Driving Stop System (EDSS) is designed to monitor the driver's inputs, such as steering operation. If the EDSS determines the driver is not attentive and the driver does not respond to prompts to resume control of the vehicle, it can bring the vehicle to a stop under certain conditions.<br><br>**Proactive Driving Assist**<br><br>When system operating conditions are met, using the vehicle's camera and radar, Proactive Driving Assist (PDA) [*] provides gentle braking into curves or gentle braking and/or steering to help support driving tasks such as distance control between your vehicle and a preceding vehicle, pedestrian or bicyclist.<br><br>Source: https://www.toyota.com/safety-sense/ , last accessed on January 30, 2026<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.3] wherein the mobile device is configured to:<br><br>activate a classification by a classifier assigned to a first sensor | Defendant provides a mobile device configured to activate a classification by a classifier assigned to a first sensor group to evaluate a first context of the mobile device, wherein the first sensor group is at a lowest level in the hierarchy.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, 2025 Toyota Grand Highlander XLE comprises a context detection module as a combination of hardware (including but not limited to sensors and processors) and software modules that is configured to perform actions, |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| group to evaluate a first context of the mobile device, wherein the first sensor group is at a lowest level in the hierarchy; | including but not limited to, change of lane, applying brakes, and increasing and decreasing the speed of the vehicle upon detection of objects in the vehicle's path.<br><br>Further, the context detection module activates a classification (such as execution of the software module) by the software module 1 ("classifier") assigned to Group 1 ("first sensor group") (that is assigned to the steering, braking and speed sensors) to enable steering, control speed, and braking of the vehicle (when, for example, the vehicle is started) and hence govern the position of the vehicle relative to the surrounding environment such as the road and the surrounding vehicles ("evaluate a first context of the mobile device").  It is apparent for a person skilled in the art that in order to detect the objects surrounding a moving vehicle, the steering, braking and speed sensors will be activated first so that the vehicle is in a moving state and to allow monitoring of vehicle's speed, braking and steering. Next, the camera and radar are activated such that the movement of the vehicle is controlled based on the information (regarding any surrounding objects) received from the camera and radar. The below information primarily refers to Toyota Safety Sense 3.0 and is applicable to 2025 Toyota Grand Highlander XLE.<br><br><br><br>**Toyota Safety Sense™,¹ or TSS, is a suite of active safety technologies and advanced driver assistance systems.** Toyota Safety Sense™3.0 (TSS 3.0) introduces several enhancements over the previous generation, including an upgraded forward-facing camera with higher resolution and wider angles, and an improved radar sensor for a longer and wider field of view.<br><br>As a result, these updates help enhance some of the features that make up TSS 3.0.<br><br>Additionally, this latest safety suite includes the capability of over-the-air (OTA) software updates to TSS 3.0 systems on certain vehicles that can bring future improvements and functionalities, without needing a trip to the dealer.<br><br>Source:  https://www.toyota.com/content/dam/toyota/brochures/pdf/tss/CFA_TSS_3.pdf  Page 1 of 3 , last accessed on January 30, 2026 |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| |  |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| | Source: https://www.youtube.com/watch?v=iZ9H_11I-8Y&t=13s , Timestamp: [0:12], [0:17], [0:25] min of [6:16] min, last accessed on January 30, 2026<br><br>**Pre-Collision System with Pedestrian Detection**<br><br>Pre-Collision System with Pedestrian Detection (PCS w/PD) [*] is designed to help detect a vehicle, pedestrian, bicyclist, or motorcyclist and provide an audio/visual forward-collision warning under certain circumstances. If you don't react, the system is designed to provide automatic emergency braking.<br><br>**Dynamic Radar Cruise Control**<br><br>Intended for highway use, Dynamic Radar Cruise Control (DRCC) [*] and available Full-Speed Range DRCC, [*] is an adaptive cruise control system that is designed to be set at speeds above 20 mph and uses vehicle-to-vehicle distance control to help maintain a preset distance from the vehicle ahead of you.<br><br>**Lane Departure Alert with Steering Assist**<br><br>When white/yellow lane markings or certain road-edge boundary lines are detected at speeds above 30 mph, Lane Departure Alert with Steering Assist (LDA w/SA) [*] is designed to issue an audio/visual lane departure warning if an inadvertent lane departure is detected. If the driver does not take corrective action, the system is also designed to provide gentle corrective steering for lane-keeping assistance. |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| | **Lane Tracing Assist**<br><br>When Dynamic Radar Cruise Control (DRCC) or available Full-Speed Range DRCC * are enabled and lane markers are detected, Lane Tracing Assist (LTA) * uses the lines on the road and/or preceding vehicles to provide active driving assistance and help keep the vehicle centered in its lane. While LTA is activated, the available Emergency Driving Stop System (EDSS) is designed to monitor the driver's inputs, such as steering operation. If the EDSS determines the driver is not attentive and the driver does not respond to prompts to resume control of the vehicle, it can bring the vehicle to a stop under certain conditions.<br><br>**Proactive Driving Assist**<br><br>When system operating conditions are met, using the vehicle's camera and radar, Proactive Driving Assist (PDA) * provides gentle braking into curves or gentle braking and/or steering to help support driving tasks such as distance control between your vehicle and a preceding vehicle, pedestrian or bicyclist.<br><br>Source:  https://www.toyota.com/safety-sense/ , last accessed on January 30, 2026<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.4]   activate a classification by a classifier assigned to a second sensor group to evaluate the first context of the mobile device after a result of the | Defendant provides a context detection module configured to activate a classification by a classifier assigned to a second sensor group to evaluate the first context of the mobile device after a result of the classification by the classifier assigned to the first sensor group.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the software module 2 ("a classifier assigned to a second sensor group") for Group 2 ("second sensor group") comprising camera and radar is executed ("activate a classification") to take distance measurements of the |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| classification by the classifier assigned to the first sensor group; and | surrounding objects and determine the position of the vehicle relative to the surrounding objects ("context of the mobile device") after the software module 1 for Group 1 comprising the steering, braking and speed sensor is executed ("after a result of the classification by the classifier assigned to the first sensor group"). It is apparent for a person skilled in the art that in order to detect the objects surrounding a moving vehicle, the steering, braking and speed sensors will be activated first so that the vehicle is in a moving state and to allow monitoring of vehicle's speed, braking and steering. Next, the camera and radar are activated such that the movement of the vehicle is controlled based on the information (regarding any surrounding objects) received from the camera and radar. The below information primarily refers to Toyota Safety Sense 3.0 and is applicable to 2025 Toyota Grand Highlander XLE.<br><br>**TOYOTA SAFETY SENSE™ 3.0** ▷ PLAY VIDEO<br><br>**Toyota Safety Sense™,¹ or TSS, is a suite of active safety technologies and advanced driver assistance systems.** Toyota Safety Sense™3.0 (TSS 3.0) introduces several enhancements over the previous generation, including an upgraded forward-facing camera with higher resolution and wider angles, and an improved radar sensor for a longer and wider field of view.<br><br>As a result, these updates help enhance some of the features that make up TSS 3.0.<br><br>Additionally, this latest safety suite includes the capability of over-the-air (OTA) software updates to TSS 3.0 systems on certain vehicles that can bring future improvements and functionalities, without needing a trip to the dealer.<br><br>Source:  https://www.toyota.com/content/dam/toyota/brochures/pdf/tss/CFA_TSS_3.pdf  Page 1 of 3 , last accessed on January 30, 2026 |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| |  |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| | Source: https://www.youtube.com/watch?v=iZ9H_11I-8Y&t=13s , Timestamp: [0:12], [0:17], [0:25] min of [6:16] min, last accessed on January 30, 2026 **Pre-Collision System with Pedestrian Detection** Pre-Collision System with Pedestrian Detection (PCS w/PD) * is designed to help detect a vehicle, pedestrian, bicyclist, or motorcyclist and provide an audio/visual forward-collision warning under certain circumstances. If you don't react, the system is designed to provide automatic emergency braking. **Dynamic Radar Cruise Control** Intended for highway use, Dynamic Radar Cruise Control (DRCC) * and available Full-Speed Range DRCC, * is an adaptive cruise control system that is designed to be set at speeds above 20 mph and uses vehicle-to-vehicle distance control to help maintain a preset distance from the vehicle ahead of you. **Lane Departure Alert with Steering Assist** When white/yellow lane markings or certain road-edge boundary lines are detected at speeds above 30 mph, Lane Departure Alert with Steering Assist (LDA w/SA) * is designed to issue an audio/visual lane departure warning if an inadvertent lane departure is detected. If the driver does not take corrective action, the system is also designed to provide gentle corrective steering for lane-keeping assistance. |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| | **Lane Tracing Assist** |
| | When Dynamic Radar Cruise Control (DRCC) or available Full-Speed Range DRCC * are enabled and lane markers are detected, Lane Tracing Assist (LTA) * uses the lines on the road and/or preceding vehicles to provide active driving assistance and help keep the vehicle centered in its lane. While LTA is activated, the available Emergency Driving Stop System (EDSS) is designed to monitor the driver's inputs, such as steering operation. If the EDSS determines the driver is not attentive and the driver does not respond to prompts to resume control of the vehicle, it can bring the vehicle to a stop under certain conditions. |
| | **Proactive Driving Assist** |
| | When system operating conditions are met, using the vehicle's camera and radar, Proactive Driving Assist (PDA) * provides gentle braking into curves or gentle braking and/or steering to help support driving tasks such as distance control between your vehicle and a preceding vehicle, pedestrian or bicyclist. |
| | Source:  https://www.toyota.com/safety-sense/ , last accessed on January 30, 2026 |
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.5] adapt a configuration of the classifier assigned to the first sensor group based, at least in part, on a result of the classification | Defendant provides a context detection module configured to adapt a configuration of the classifier assigned to the first sensor group based, at least in part, on a result of the classification by the classifier assigned to the second sensor group.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the configuration (including but not limited to the software variables used in the software module) of the software module 1 ("classifier assigned to first sensor group") assigned to steering, braking and speed sensors is adapted/modified based on the software module 2 ("classifier assigned to the second sensor group") assigned to the |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| by the classifier assigned to the second sensor group. | camera and radar. The camera processes the image and the radar detects and calculates the distance of the objects surrounding the moving vehicle. The information collected from camera and radar teaches the steering sensor, braking sensor, speed sensor and the classifier assigned to first sensor group to control the motion of the moving car.<br><br>For example, as a part of Toyota Safety Sense 3.0, upon detection of any hazard or car nearby, the camera and radar teach the steering sensor and the corresponding classifier to automatically change lane and/or adjust the vehicle's position within the lane. The camera and radar, as a part of dynamic radar cruise control feature, teach the speed sensor, the brake sensor and the corresponding classifier to increase and/or decrease the vehicle speed to maintain the necessary distance from the vehicle in front of 2025 Toyota Grand Highlander XLE.  The below information primarily refers to Toyota Safety Sense 3.0 and is applicable to the 2025 Toyota Grand Highlander XLE.<br><br>**TOYOTA SAFETY SENSE™ 3.0** ▷ PLAY VIDEO<br><br>**Toyota Safety Sense™,¹ or TSS, is a suite of active safety technologies and advanced driver assistance systems.** Toyota Safety Sense™3.0 (TSS 3.0) introduces several enhancements over the previous generation, including an upgraded forward-facing camera with higher resolution and wider angles, and an improved radar sensor for a longer and wider field of view.<br><br>As a result, these updates help enhance some of the features that make up TSS 3.0.<br><br>Additionally, this latest safety suite includes the capability of over-the-air (OTA) software updates to TSS 3.0 systems on certain vehicles that can bring future improvements and functionalities, without needing a trip to the dealer.<br><br>Source:  https://www.toyota.com/content/dam/toyota/brochures/pdf/tss/CFA_TSS_3.pdf  Page 1 of 3 ,  last accessed on January 30, 2026 |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| |  |

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| | Source: https://www.youtube.com/watch?v=iZ9H_11I-8Y&t=13s , Timestamp: [0:12], [0:17], [0:25] min of [6:16] min, last accessed on January 30, 2026 |

**Pre-Collision System with Pedestrian Detection**

Pre-Collision System with Pedestrian Detection (PCS w/PD) [*] is designed to help detect a vehicle, pedestrian, bicyclist, or motorcyclist and provide an audio/visual forward-collision warning under certain circumstances. If you don't react, the system is designed to provide automatic emergency braking.

**Dynamic Radar Cruise Control**

Intended for highway use, Dynamic Radar Cruise Control (DRCC) [*] and available Full-Speed Range DRCC, [*] is an adaptive cruise control system that is designed to be set at speeds above 20 mph and uses vehicle-to-vehicle distance control to help maintain a preset distance from the vehicle ahead of you.

**Lane Departure Alert with Steering Assist**

When white/yellow lane markings or certain road-edge boundary lines are detected at speeds above 30 mph, Lane Departure Alert with Steering Assist (LDA w/SA) [*] is designed to issue an audio/visual lane departure warning if an inadvertent lane departure is detected. If the driver does not take corrective action, the system is also designed to provide gentle corrective steering for lane-keeping assistance.

| US10142791 | Toyota Vehicles (The accused instrumentality) |
|---|---|
| | **Lane Tracing Assist**<br><br>When Dynamic Radar Cruise Control (DRCC) or available Full-Speed Range DRCC [*] are enabled and lane markers are detected, Lane Tracing Assist (LTA) [*] uses the lines on the road and/or preceding vehicles to provide active driving assistance and help keep the vehicle centered in its lane. While LTA is activated, the available Emergency Driving Stop System (EDSS) is designed to monitor the driver's inputs, such as steering operation. If the EDSS determines the driver is not attentive and the driver does not respond to prompts to resume control of the vehicle, it can bring the vehicle to a stop under certain conditions.<br><br>**Proactive Driving Assist**<br><br>When system operating conditions are met, using the vehicle's camera and radar, Proactive Driving Assist (PDA) [*] provides gentle braking into curves or gentle braking and/or steering to help support driving tasks such as distance control between your vehicle and a preceding vehicle, pedestrian or bicyclist.<br><br>Source:  https://www.toyota.com/safety-sense/ , last accessed on January 30, 2026<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |